MATTHEW M. YELOVICH (CABN 351330)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (CABN 351330)
Acting Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    kristina.green@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 20 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 24-00329 CRB |
| Plaintiff, | MOTION TO UNSEAL AND [PROPOSED] ORDER |
| v. | **UNDER SEAL** |
| RUTHIA HE and DAVID BRODY, | |
| Defendant. | |

On June 13, 2024, the Honorable Laurel Beeler ordered this case unsealed at defendant David Brody's initial appearance. Dkt. 7. However, some entries on the docket for this case appear to remain sealed. The United States accordingly hereby moves to unseal the above-captioned case and docket in its entirety and as to both defendants.

DATED: June 18, 2024

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for the United States
Acting under Authority Conferred
by 28 U.S.C. § 515

/s/
KRISTINA GREEN
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorneys

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the above-captioned case is UNSEALED in its entirety and as to both defendants.

DATED: June 18, 2024

HON. LAUREL BEELER
United States Magistrate Judge