AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 3:24-cr-00329-CRB |
| RUTHIA HE and DAVID BORDY | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Ruthia He.

Date:  July 12, 2024

*/s/ Melanie Hess*
*Attorney's signature*

Melanie Hess, State Bar No. 335665
*Printed name and bar number*

Hueston Hennigan LLP
620 Newport Center Dr. # 1300
Newport Beach, CA 92660

*Address*

mhess@hueston.com
*E-mail address*

(949) 229-8640
*Telephone number*

(888) 775-0898
*FAX number*