# Exhibit 36

# Done Global Transfers to Makebelieve Asia Consultancy Ltd.
## January 31, 2024 to July 23, 2024

| Account Name | Bank | Last 4 | Date | Amount |
|---|---|---|---|---|
| Done Global, Inc. | Mercury | X2801 | 01/31/24 | $160,000 |
| Done Global, Inc. | Mercury | X2801 | 02/23/24 | 160,000 |
| Done Global, Inc. | Mercury | X2801 | 03/22/24 | 165,000 |
| Done Global, Inc. | Mercury | X2801 | 04/24/24 | 169,000 |
| Done Global, Inc. | Mercury | X2801 | 05/21/24 | 198,000 |
| Done Global, Inc. | Mercury | X2801 | 06/21/24 | 250,020 |
| Done Global, Inc. | Mercury | X2801 | 06/24/24 | 250,020 |
| Done Global, Inc. | Mercury | X2801 | 07/23/24 | 129,000 |
| Total | | | | $1,481,040 |

**Sources:** Banking records.

# Exhibit 37

# Done.

44 Montgomery St. Flr 3
San Francisco, CA 94104

# Invoice

**Submitted on 6/18/2024**

| **Invoice for** | **Payable to** | **Invoice #** |
|---|---|---|
| Done Global | Makebelieve Asia Consultancy Limited | 010 |
| 44 Montgomery St. Flr 3 | **Project** | **Due date** |
| San Francisco, CA 94104 | Others | 6/19/2024 |

| **Description** | **Qty** | **Unit price** | **Total price** |
|---|---|---|---|
| Others | 1 | $250,000.00 | $250,000.00 |

Notes:  Subtotal  $250,000.00

Tax

**$250,000.00**

## ACH and Wire Instructions:

| | |
|---|---|
| Beneficiary Bank: | DAH SING BANK |
| Bank Address: | Dah Sina Financial Centre248 Queen's Road East,Wan Chai,Hong Kong |
| Beneficiary's Name: | Makebelieve Asia Consultancy Limited |
| Beneficiary's Account Number: | ▇▇▇▇▇▇▇ |
| SWIFT Code: | ▇▇▇▇▇ |
| Bank Code: | 040 |



## Please remit payment to:

| | |
|---|---|
| Invoice No: | 010 |
| Payee: | Makebelieve Asia Consultancy Limited |
| | UNIT B, 13/F SHING LEE COMMERCIAL BUILDING |
| | NO.8 WING KUT STREET CENTRAL HONG KONG |

# Done.

44 Montgomery St. Flr 3
San Francisco, CA 94104

# Invoice

**Submitted on 6/18/2024**

**Invoice for**

Done Global

44 Montgomery St. Flr 3

San Francisco, CA 94104

**Payable to**

Makebelieve Asia Consultancy Limited

**Project**

others

**Invoice #**

007

**Due date**

6/19/2024

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| others | 1 | $250,000.00 | $250,000.00 |

Notes:

Subtotal $250,000.00

Tax

**$250,000.00**

**ACH and Wire Instructions:**

| | |
|---|---|
| Beneficiary Bank: | DAH SING BANK |
| Bank Address | Dah Sina Financial Centre248 Queen's Road East,Wan Chai,Hong Kong |
| Beneficiary's Name: | Makebelieve Asia Consultancy Limited |
| Beneficiary's Account Number: | ▉▉▉▉▉▉ |
| SWIFT Code: | ▉▉▉▉ |
| Bank Code | 040 |

**Please remit payment to:**

Invoice No: 007

Payee: Done Global

44 Montgomery St. Flr 3

San Francisco, CA 94104