MATTHEW M. YELOVICH (NYBN 4897013)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (NYBN 4897013)
Acting Chief, Criminal Division

GLENN S. LEON (NYBN 250785)
Chief, Fraud Section

EVAN SCHLOM (DCBN 1028758)
Trial Attorney
Fraud Section, Criminal Division

    950 Constitution Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 514-2000
    FAX: (202) 514-3708
    Evan.schlom@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>    Defendants. | Case No. CR 24-00329 CRB<br><br>CONSENT MOTION FOR ENTRY OF ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)<br><br>DATE: October 2, 2024<br>TIME: 1:30 PM<br>CTRM: Courtroom 6 – 17th Floor<br>JUDGE: Hon. Charles R. Breyer |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTIC**E that on October 2, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Charles R. Breyer, Senior United States District Judge, located at 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 6, 17th Floor, the United States, by and through its undersigned counsel of record, *i.e.*, the designated filter team ("Filter

Team") will, and hereby does, move the Court entry of an order pursuant to Federal Rule of Evidence 502(d). In support of this Motion, the Filter Team states as follows:

1. On July 22, 2024, the Court entered a Stipulated Protective Order [ECF No. 38].

2. The Government has obtained material discoverable in this case through various grand jury subpoenas issued to third parties and other means, including certain Potentially Protected Material[1] over which third parties Done Global Inc. and/or Done Health P.C. (together, "Done" or "Third Party Privilege Claimant") may hold a privilege.

3. The relevant Potentially Protected Material (the "Done PPM") consists of 387 documents produced by Done in response to a grand jury subpoena and pursuant to a Non-Waiver and Inadvertent Disclosure Agreement with the Government, and over which Done, after producing the material to the Government in response to the subpoena, subsequently asserted a privilege or protection. The United States Filter Team[2] has segregated the Done PPM from the Prosecution Team. The Bates numbers of the Done PPM documents are listed in Exhibit 1 to this Motion.

4. To avoid protracted litigation over the Third-Party Privilege Claimant's privilege claims in this matter an expedite discovery productions to Defendants He and Brody, the United States Filter Team and the Third-Party Privilege Claimant agree to the following:

    a. The Third-Party Privilege Claimant expressly authorizes the United States Filter Team to release the Done PPM to Defendants He and Brody.

    b. The United States Filter Team will not release to the Government Prosecution Team or any other party the Done PPM, except as authorized by the Court or expressly permitted by the Third-Party Privilege Claimant.

    c. Pursuant to Federal Rule of Evidence 502(d), the attorney-client privilege and other privileges or protections are not waived by disclosure connected with the litigation

---

[1] "Potentially Protected Material" is discovery material that is potentially protected from disclosure by the attorney-client privilege, work-product doctrine, or any other legally recognized privilege or protection. This includes, but is not limited to, material over which a potential privilege holder has asserted a specific claim of attorney-client privilege, work-product doctrine, or any other legally recognized privilege or protection, but over which a Court has not yet ruled.

[2] The United States Filter Team may not share a first-level supervisor with anyone on the investigative/prosecution team (the "Prosecution Team"). Any supervisor involved in the Filter Team's review will be walled off from the underlying investigation.

pending before the Court, nor constitute waiver in this proceeding or any other federal or state proceeding. Nothing in this Order precludes the Third-Party Privilege Claimant from asserting privilege claims over the disclosed materials in this proceeding or in any future proceedings in federal or state court.

    d.    The Government reserves its rights to contest Third-Party Privilege Claimant's privilege assertions over the Done PPM at any time. However, the United States Filter Team's production of Done PPM to the Defendants will not be construed as a waiver as to the Government or any other party, and the Government agrees that it will not claim the United States Filter Team's production of Done PPM to Defendants operated as a waiver.

    e.    In the event the Third-Party Privilege Claimant seeks to withhold or limit Defendants' use of the Done PPM at a future point on the basis of the attorney-client privilege, the attorney work product protection, or any other privilege or protection, Defendants reserve their rights to contest those assertions at that time.

6. The Done PPM shall be subject to the Stipulated Protective Order [ECF No. 38].

7. Undersigned counsel conferred via email with counsel for Defendants He and Brody, and they consent to the relief requested in this Motion.

8. From September 7, 2024, through September 16, 2024, undersigned counsel conferred via email with counsel for the Third-Party Privilege Claimant. On September 16, 2024, undersigned counsel and counsel for the Third-Party Privilege Claimant reached agreement on the Motion and Proposed Order.

Accordingly, the United States Filter Team respectfully requests that this Consent Motion be granted and that the Court issue an order pursuant to Federal Rule of Evidence 502(d) for the relief requested herein.

DATED: September 18, 2024                    Respectfully submitted,

                                                MATTHEW M. YELOVICH
                                                Attorney for the United States

                                                GLENN S. LEON
                                                Chief, Fraud Section
                                                U.S. Department of Justice

                                                _____/s/_____
                                                EVAN SCHLOM
                                                Trial Attorney