# Exhibit 1

**Done PPM**

| BEGDOC | ENDDOC |
|---|---|
| DONEHEALTH_00000631 | DONEHEALTH_00000631 |
| DONEHEALTH_00000632 | DONEHEALTH_00000634 |
| DONEHEALTH_00000637 | DONEHEALTH_00000640 |
| DONEHEALTH_00000642 | DONEHEALTH_00000644 |
| DONEHEALTH_00003783 | DONEHEALTH_00003785 |
| DONEHEALTH_00007547 | DONEHEALTH_00007554 |
| DONEHEALTH_00010201 | DONEHEALTH_00010201 |
| DONEHEALTH_00010237 | DONEHEALTH_00010242 |
| DONEHEALTH_00011745 | DONEHEALTH_00011751 |
| DONEHEALTH_00011915 | DONEHEALTH_00011917 |
| DONEHEALTH_00011949 | DONEHEALTH_00011961 |
| DONEHEALTH_00012544 | DONEHEALTH_00012544 |
| DONEHEALTH_00013024 | DONEHEALTH_00013028 |
| DONEHEALTH_00013282 | DONEHEALTH_00013290 |
| DONEHEALTH_00013999 | DONEHEALTH_00014002 |
| DONEHEALTH_00017565 | DONEHEALTH_00017567 |
| DONEHEALTH_00018817 | DONEHEALTH_00018817 |
| DONEHEALTH_00019325 | DONEHEALTH_00019327 |
| DONEHEALTH_00019694 | DONEHEALTH_00019699 |
| DONEHEALTH_00020397 | DONEHEALTH_00020401 |
| DONEHEALTH_00020447 | DONEHEALTH_00020453 |
| DONEHEALTH_00025435 | DONEHEALTH_00025437 |
| DONEHEALTH_00025440 | DONEHEALTH_00025442 |
| DONEHEALTH_00058697 | DONEHEALTH_00058698 |
| DONEHEALTH_00058742 | DONEHEALTH_00058744 |
| DONEHEALTH_00058755 | DONEHEALTH_00058756 |
| DONEHEALTH_00058778 | DONEHEALTH_00058780 |
| DONEHEALTH_00058781 | DONEHEALTH_00058792 |
| DONEHEALTH_00059773 | DONEHEALTH_00059776 |
| DONEHEALTH_00060132 | DONEHEALTH_00060137 |
| DONEHEALTH_00060138 | DONEHEALTH_00060143 |
| DONEHEALTH_00060165 | DONEHEALTH_00060170 |
| DONEHEALTH_00060171 | DONEHEALTH_00060177 |
| DONEHEALTH_00060178 | DONEHEALTH_00060184 |
| DONEHEALTH_00060185 | DONEHEALTH_00060190 |
| DONEHEALTH_00060191 | DONEHEALTH_00060196 |
| DONEHEALTH_00060197 | DONEHEALTH_00060203 |

| | |
|---|---|
| DONEHEALTH_00060204 | DONEHEALTH_00060210 |
| DONEHEALTH_00060211 | DONEHEALTH_00060218 |
| DONEHEALTH_00062239 | DONEHEALTH_00062251 |
| DONEHEALTH_00062253 | DONEHEALTH_00062255 |
| DONEHEALTH_00062257 | DONEHEALTH_00062259 |
| DONEHEALTH_00065482 | DONEHEALTH_00065482 |
| DONEHEALTH_00066328 | DONEHEALTH_00066329 |
| DONEHEALTH_00066394 | DONEHEALTH_00066394 |
| DONEHEALTH_00066395 | DONEHEALTH_00066410 |
| DONEHEALTH_00066456 | DONEHEALTH_00066457 |
| DONEHEALTH_00067974 | DONEHEALTH_00067979 |
| DONEHEALTH_00068517 | DONEHEALTH_00068517 |
| DONEHEALTH_00068518 | DONEHEALTH_00068523 |
| DONEHEALTH_00068711 | DONEHEALTH_00068713 |
| DONEHEALTH_00068988 | DONEHEALTH_00068993 |
| DONEHEALTH_00068994 | DONEHEALTH_00069015 |
| DONEHEALTH_00069017 | DONEHEALTH_00069028 |
| DONEHEALTH_00069041 | DONEHEALTH_00069042 |
| DONEHEALTH_00069043 | DONEHEALTH_00069044 |
| DONEHEALTH_00069203 | DONEHEALTH_00069205 |
| DONEHEALTH_00069562 | DONEHEALTH_00069578 |
| DONEHEALTH_00070150 | DONEHEALTH_00070154 |
| DONEHEALTH_00070161 | DONEHEALTH_00070165 |
| DONEHEALTH_00070385 | DONEHEALTH_00070400 |
| DONEHEALTH_00071121 | DONEHEALTH_00071122 |
| DONEHEALTH_00071849 | DONEHEALTH_00071857 |
| DONEHEALTH_00071858 | DONEHEALTH_00071859 |
| DONEHEALTH_00071860 | DONEHEALTH_00071882 |
| DONEHEALTH_00071883 | DONEHEALTH_00071919 |
| DONEHEALTH_00071920 | DONEHEALTH_00071921 |
| DONEHEALTH_00071922 | DONEHEALTH_00071944 |
| DONEHEALTH_00072695 | DONEHEALTH_00072696 |
| DONEHEALTH_00074514 | DONEHEALTH_00074515 |
| DONEHEALTH_00074636 | DONEHEALTH_00074636 |
| DONEHEALTH_00075079 | DONEHEALTH_00075079 |
| DONEHEALTH_00075080 | DONEHEALTH_00075095 |
| DONEHEALTH_00075096 | DONEHEALTH_00075097 |
| DONEHEALTH_00075098 | DONEHEALTH_00075113 |
| DONEHEALTH_00076182 | DONEHEALTH_00076186 |

| | |
|---|---|
| DONEHEALTH_00076481 | DONEHEALTH_00076481 |
| DONEHEALTH_00076482 | DONEHEALTH_00076500 |
| DONEHEALTH_00076508 | DONEHEALTH_00076526 |
| DONEHEALTH_00076934 | DONEHEALTH_00076935 |
| DONEHEALTH_00076936 | DONEHEALTH_00076937 |
| DONEHEALTH_00076938 | DONEHEALTH_00076939 |
| DONEHEALTH_00076940 | DONEHEALTH_00076941 |
| DONEHEALTH_00076944 | DONEHEALTH_00076945 |
| DONEHEALTH_00076946 | DONEHEALTH_00076947 |
| DONEHEALTH_00077041 | DONEHEALTH_00077043 |
| DONEHEALTH_00077044 | DONEHEALTH_00077045 |
| DONEHEALTH_00077046 | DONEHEALTH_00077047 |
| DONEHEALTH_00077577 | DONEHEALTH_00077577 |
| DONEHEALTH_00078569 | DONEHEALTH_00078569 |
| DONEHEALTH_00084281 | DONEHEALTH_00084281 |
| DONEHEALTH_00084672 | DONEHEALTH_00084675 |
| DONEHEALTH_00084676 | DONEHEALTH_00084682 |
| DONEHEALTH_00085161 | DONEHEALTH_00085167 |
| DONEHEALTH_00085193 | DONEHEALTH_00085199 |
| DONEHEALTH_00085340 | DONEHEALTH_00085340 |
| DONEHEALTH_00085420 | DONEHEALTH_00085421 |
| DONEHEALTH_00085768 | DONEHEALTH_00085768 |
| DONEHEALTH_00085834 | DONEHEALTH_00085847 |
| DONEHEALTH_00086741 | DONEHEALTH_00086763 |
| DONEHEALTH_00087286 | DONEHEALTH_00087305 |
| DONEHEALTH_00087342 | DONEHEALTH_00087365 |
| DONEHEALTH_00087971 | DONEHEALTH_00087971 |
| DONEHEALTH_00088946 | DONEHEALTH_00088946 |
| DONEHEALTH_00088947 | DONEHEALTH_00088950 |
| DONEHEALTH_00088951 | DONEHEALTH_00088955 |
| DONEHEALTH_00088956 | DONEHEALTH_00088957 |
| DONEHEALTH_00088958 | DONEHEALTH_00088961 |
| DONEHEALTH_00088962 | DONEHEALTH_00088966 |
| DONEHEALTH_00089015 | DONEHEALTH_00089016 |
| DONEHEALTH_00089242 | DONEHEALTH_00089242 |
| DONEHEALTH_00090157 | DONEHEALTH_00090163 |
| DONEHEALTH_00090165 | DONEHEALTH_00090171 |
| DONEHEALTH_00090176 | DONEHEALTH_00090183 |
| DONEHEALTH_00090184 | DONEHEALTH_00090191 |

| | |
|---|---|
| DONEHEALTH_00090193 | DONEHEALTH_00090200 |
| DONEHEALTH_00090216 | DONEHEALTH_00090226 |
| DONEHEALTH_00090227 | DONEHEALTH_00090237 |
| DONEHEALTH_00090267 | DONEHEALTH_00090278 |
| DONEHEALTH_00090279 | DONEHEALTH_00090290 |
| DONEHEALTH_00090292 | DONEHEALTH_00090303 |
| DONEHEALTH_00090304 | DONEHEALTH_00090315 |
| DONEHEALTH_00090321 | DONEHEALTH_00090332 |
| DONEHEALTH_00090530 | DONEHEALTH_00090542 |
| DONEHEALTH_00090567 | DONEHEALTH_00090570 |
| DONEHEALTH_00090580 | DONEHEALTH_00090592 |
| DONEHEALTH_00091072 | DONEHEALTH_00091075 |
| DONEHEALTH_00091103 | DONEHEALTH_00091103 |
| DONEHEALTH_00091104 | DONEHEALTH_00091106 |
| DONEHEALTH_00091211 | DONEHEALTH_00091211 |
| DONEHEALTH_00092278 | DONEHEALTH_00092278 |
| DONEHEALTH_00093968 | DONEHEALTH_00093968 |
| DONEHEALTH_00093969 | DONEHEALTH_00093984 |
| DONEHEALTH_00093985 | DONEHEALTH_00093986 |
| DONEHEALTH_00093987 | DONEHEALTH_00094002 |
| DONEHEALTH_00094781 | DONEHEALTH_00094781 |
| DONEHEALTH_00094834 | DONEHEALTH_00094834 |
| DONEHEALTH_00094980 | DONEHEALTH_00094981 |
| DONEHEALTH_00094982 | DONEHEALTH_00094992 |
| DONEHEALTH_00094997 | DONEHEALTH_00094999 |
| DONEHEALTH_00095000 | DONEHEALTH_00095010 |
| DONEHEALTH_00097365 | DONEHEALTH_00097365 |
| DONEHEALTH_00097366 | DONEHEALTH_00097371 |
| DONEHEALTH_00097399 | DONEHEALTH_00097399 |
| DONEHEALTH_00097400 | DONEHEALTH_00097405 |
| DONEHEALTH_00097406 | DONEHEALTH_00097411 |
| DONEHEALTH_00097436 | DONEHEALTH_00097437 |
| DONEHEALTH_00097438 | DONEHEALTH_00097444 |
| DONEHEALTH_00097445 | DONEHEALTH_00097446 |
| DONEHEALTH_00097447 | DONEHEALTH_00097453 |
| DONEHEALTH_00097488 | DONEHEALTH_00097489 |
| DONEHEALTH_00097490 | DONEHEALTH_00097496 |
| DONEHEALTH_00097501 | DONEHEALTH_00097503 |
| DONEHEALTH_00097504 | DONEHEALTH_00097510 |

| | |
|---|---|
| DONEHEALTH_00097513 | DONEHEALTH_00097515 |
| DONEHEALTH_00097516 | DONEHEALTH_00097522 |
| DONEHEALTH_00097563 | DONEHEALTH_00097564 |
| DONEHEALTH_00097571 | DONEHEALTH_00097573 |
| DONEHEALTH_00098535 | DONEHEALTH_00098535 |
| DONEHEALTH_00098764 | DONEHEALTH_00098764 |
| DONEHEALTH_00099774 | DONEHEALTH_00099776 |
| DONEHEALTH_00099777 | DONEHEALTH_00099784 |
| DONEHEALTH_00099785 | DONEHEALTH_00099788 |
| DONEHEALTH_00099789 | DONEHEALTH_00099796 |
| DONEHEALTH_00100093 | DONEHEALTH_00100093 |
| DONEHEALTH_00100145 | DONEHEALTH_00100145 |
| DONEHEALTH_00100150 | DONEHEALTH_00100150 |
| DONEHEALTH_00100283 | DONEHEALTH_00100283 |
| DONEHEALTH_00100284 | DONEHEALTH_00100303 |
| DONEHEALTH_00100304 | DONEHEALTH_00100304 |
| DONEHEALTH_00100305 | DONEHEALTH_00100324 |
| DONEHEALTH_00101091 | DONEHEALTH_00101091 |
| DONEHEALTH_00101126 | DONEHEALTH_00101126 |
| DONEHEALTH_00102900 | DONEHEALTH_00102900 |
| DONEHEALTH_00102901 | DONEHEALTH_00102914 |
| DONEHEALTH_00102915 | DONEHEALTH_00102920 |
| DONEHEALTH_00106832 | DONEHEALTH_00106832 |
| DONEHEALTH_00106833 | DONEHEALTH_00106856 |
| DONEHEALTH_00106857 | DONEHEALTH_00106876 |
| DONEHEALTH_00107047 | DONEHEALTH_00107048 |
| DONEHEALTH_00107049 | DONEHEALTH_00107049 |
| DONEHEALTH_00107186 | DONEHEALTH_00107187 |
| DONEHEALTH_00107235 | DONEHEALTH_00107235 |
| DONEHEALTH_00107790 | DONEHEALTH_00107795 |
| DONEHEALTH_00107813 | DONEHEALTH_00107814 |
| DONEHEALTH_00108394 | DONEHEALTH_00108395 |
| DONEHEALTH_00108404 | DONEHEALTH_00108404 |
| DONEHEALTH_00108479 | DONEHEALTH_00108480 |
| DONEHEALTH_00108507 | DONEHEALTH_00108507 |
| DONEHEALTH_00108529 | DONEHEALTH_00108530 |
| DONEHEALTH_00108567 | DONEHEALTH_00108568 |
| DONEHEALTH_00108588 | DONEHEALTH_00108590 |
| DONEHEALTH_00108778 | DONEHEALTH_00108778 |

| | |
|---|---|
| DONEHEALTH_00109101 | DONEHEALTH_00109101 |
| DONEHEALTH_00109124 | DONEHEALTH_00109124 |
| DONEHEALTH_00109291 | DONEHEALTH_00109296 |
| DONEHEALTH_00112872 | DONEHEALTH_00112872 |
| DONEHEALTH_00112874 | DONEHEALTH_00112874 |
| DONEHEALTH_00112880 | DONEHEALTH_00112880 |
| DONEHEALTH_00112881 | DONEHEALTH_00112899 |
| DONEHEALTH_00112908 | DONEHEALTH_00112910 |
| DONEHEALTH_00113039 | DONEHEALTH_00113042 |
| DONEHEALTH_00113050 | DONEHEALTH_00113053 |
| DONEHEALTH_00113612 | DONEHEALTH_00113612 |
| DONEHEALTH_00113969 | DONEHEALTH_00113970 |
| DONEHEALTH_00114159 | DONEHEALTH_00114162 |
| DONEHEALTH_00114163 | DONEHEALTH_00114168 |
| DONEHEALTH_00114196 | DONEHEALTH_00114196 |
| DONEHEALTH_00114231 | DONEHEALTH_00114231 |
| DONEHEALTH_00123875 | DONEHEALTH_00123878 |
| DONEHEALTH_00142904 | DONEHEALTH_00142904 |
| DONEHEALTH_00154432 | DONEHEALTH_00154440 |
| DONEHEALTH_00161754 | DONEHEALTH_00161755 |
| DONEHEALTH_00163824 | DONEHEALTH_00163824 |
| DONEHEALTH_00258253 | DONEHEALTH_00258261 |
| DONEHEALTH_00266233 | DONEHEALTH_00266234 |
| DONEHEALTH_00293458 | DONEHEALTH_00293458 |
| DONEHEALTH_00295754 | DONEHEALTH_00295755 |
| DONEHEALTH_00347294 | DONEHEALTH_00347294 |
| DONEHEALTH_00381609 | DONEHEALTH_00381611 |
| DONEHEALTH_00404319 | DONEHEALTH_00404319 |
| DONEHEALTH_00428147 | DONEHEALTH_00428150 |
| DONEHEALTH_00436513 | DONEHEALTH_00436513 |
| DONEHEALTH_00447338 | DONEHEALTH_00447338 |
| DONEHEALTH_00543534 | DONEHEALTH_00543535 |
| DONEHEALTH_00592672 | DONEHEALTH_00592675 |
| DONEHEALTH_00644028 | DONEHEALTH_00644028 |
| DONEHEALTH_00701383 | DONEHEALTH_00701383 |
| DONEHEALTH_00701395 | DONEHEALTH_00701395 |
| DONEHEALTH_00701396 | DONEHEALTH_00701396 |
| DONEHEALTH_00701397 | DONEHEALTH_00701397 |
| DONEHEALTH_00701399 | DONEHEALTH_00701399 |

| | |
|---|---|
| DONEHEALTH_00701400 | DONEHEALTH_00701401 |
| DONEHEALTH_00701402 | DONEHEALTH_00701403 |
| DONEHEALTH_00701464 | DONEHEALTH_00701464 |
| DONEHEALTH_00734165 | DONEHEALTH_00734169 |
| DONEHEALTH_00734170 | DONEHEALTH_00734174 |
| DONEHEALTH_00734175 | DONEHEALTH_00734183 |
| DONEHEALTH_00734184 | DONEHEALTH_00734184 |
| DONEHEALTH_00734185 | DONEHEALTH_00734185 |
| DONEHEALTH_00734186 | DONEHEALTH_00734186 |
| DONEHEALTH_00734187 | DONEHEALTH_00734196 |
| DONEHEALTH_01357747 | DONEHEALTH_01357747 |
| DONEHEALTH_01357748 | DONEHEALTH_01357748 |
| DONEHEALTH_01357749 | DONEHEALTH_01357749 |
| DONEHEALTH_01357830 | DONEHEALTH_01357830 |
| DONEHEALTH_01357831 | DONEHEALTH_01357831 |
| DONEHEALTH_01357832 | DONEHEALTH_01357833 |
| DONEHEALTH_01357834 | DONEHEALTH_01357835 |
| DONEHEALTH_01357875 | DONEHEALTH_01357877 |
| DONEHEALTH_01357880 | DONEHEALTH_01357882 |
| DONEHEALTH_01357883 | DONEHEALTH_01357886 |
| DONEHEALTH_01357889 | DONEHEALTH_01357892 |
| DONEHEALTH_01357893 | DONEHEALTH_01357897 |
| DONEHEALTH_01358026 | DONEHEALTH_01358026 |
| DONEHEALTH_01358027 | DONEHEALTH_01358027 |
| DONEHEALTH_01358028 | DONEHEALTH_01358029 |
| DONEHEALTH_01358033 | DONEHEALTH_01358034 |
| DONEHEALTH_01358035 | DONEHEALTH_01358035 |
| DONEHEALTH_01358036 | DONEHEALTH_01358036 |
| DONEHEALTH_01358037 | DONEHEALTH_01358038 |
| DONEHEALTH_01358041 | DONEHEALTH_01358042 |
| DONEHEALTH_01358043 | DONEHEALTH_01358045 |
| DONEHEALTH_01358046 | DONEHEALTH_01358048 |
| DONEHEALTH_01358049 | DONEHEALTH_01358052 |
| DONEHEALTH_01358053 | DONEHEALTH_01358056 |
| DONEHEALTH_01358058 | DONEHEALTH_01358061 |
| DONEHEALTH_01358067 | DONEHEALTH_01358071 |
| DONEHEALTH_01358072 | DONEHEALTH_01358077 |
| DONEHEALTH_01358078 | DONEHEALTH_01358084 |
| DONEHEALTH_01358085 | DONEHEALTH_01358091 |

| | |
|---|---|
| DONEHEALTH_01358095 | DONEHEALTH_01358100 |
| DONEHEALTH_01358101 | DONEHEALTH_01358108 |
| DONEHEALTH_01358109 | DONEHEALTH_01358116 |
| DONEHEALTH_01358117 | DONEHEALTH_01358126 |
| DONEHEALTH_01358127 | DONEHEALTH_01358137 |
| DONEHEALTH_01358138 | DONEHEALTH_01358148 |
| DONEHEALTH_00873032 | DONEHEALTH_00873033 |
| DONEHEALTH_00873038 | DONEHEALTH_00873038 |
| DONEHEALTH_00873039 | DONEHEALTH_00873039 |
| DONEHEALTH_00873040 | DONEHEALTH_00873040 |
| DONEHEALTH_00873041 | DONEHEALTH_00873041 |
| DONEHEALTH_00873042 | DONEHEALTH_00873042 |
| DONEHEALTH_00873043 | DONEHEALTH_00873043 |
| DONEHEALTH_00913597 | DONEHEALTH_00913598 |
| DONEHEALTH_00915318 | DONEHEALTH_00915319 |
| DONEHEALTH_00919511 | DONEHEALTH_00919511 |
| DONEHEALTH_00922394 | DONEHEALTH_00922394 |
| DONEHEALTH_00922487 | DONEHEALTH_00922488 |
| DONEHEALTH_00924600 | DONEHEALTH_00924601 |
| DONEHEALTH_00926067 | DONEHEALTH_00926068 |
| DONEHEALTH_01570995 | DONEHEALTH_01570995 |
| DONEHEALTH_02224153 | DONEHEALTH_02224154 |
| DONEHEALTH_02333750 | DONEHEALTH_02333750 |
| DONEHEALTH_02348549 | DONEHEALTH_02348549 |
| DONEHEALTH_02348609 | DONEHEALTH_02348609 |
| DONEHEALTH_02348610 | DONEHEALTH_02348610 |
| DONEHEALTH_02349026 | DONEHEALTH_02349027 |
| DONEHEALTH_02349045 | DONEHEALTH_02349045 |
| DONEHEALTH_02349094 | DONEHEALTH_02349095 |
| DONEHEALTH_02350663 | DONEHEALTH_02350664 |
| DONEHEALTH_02350920 | DONEHEALTH_02350921 |
| DONEHEALTH_02350922 | DONEHEALTH_02350923 |
| DONEHEALTH_02351516 | DONEHEALTH_02351517 |
| DONEHEALTH_02351687 | DONEHEALTH_02351687 |
| DONEHEALTH_02351806 | DONEHEALTH_02351806 |
| DONEHEALTH_02355679 | DONEHEALTH_02355680 |
| DONEHEALTH_02356091 | DONEHEALTH_02356092 |
| DONEHEALTH_02356161 | DONEHEALTH_02356162 |
| DONEHEALTH_02356320 | DONEHEALTH_02356321 |

| | |
|---|---|
| DONEHEALTH_02357767 | DONEHEALTH_02357768 |
| DONEHEALTH_02368858 | DONEHEALTH_02368859 |
| DONEHEALTH_02368860 | DONEHEALTH_02368861 |
| DONEHEALTH_02368862 | DONEHEALTH_02368863 |
| DONEHEALTH_02369940 | DONEHEALTH_02369941 |
| DONEHEALTH_02371335 | DONEHEALTH_02371336 |
| DONEHEALTH_02371504 | DONEHEALTH_02371505 |
| DONEHEALTH_02371825 | DONEHEALTH_02371826 |
| DONEHEALTH_02375112 | DONEHEALTH_02375113 |
| DONEHEALTH_02375120 | DONEHEALTH_02375121 |
| DONEHEALTH_02388168 | DONEHEALTH_02388168 |
| DONEHEALTH_02388909 | DONEHEALTH_02388910 |
| DONEHEALTH_02389608 | DONEHEALTH_02389609 |
| DONEHEALTH_02389623 | DONEHEALTH_02389624 |
| DONEHEALTH_02506353 | DONEHEALTH_02506354 |
| DONEHEALTH_02506359 | DONEHEALTH_02506360 |
| DONEHEALTH_02507682 | DONEHEALTH_02507683 |
| DONEHEALTH_02510576 | DONEHEALTH_02510577 |
| DONEHEALTH_02516111 | DONEHEALTH_02516112 |
| DONEHEALTH_02517870 | DONEHEALTH_02517871 |
| DONEHEALTH_02517874 | DONEHEALTH_02517875 |
| DONEHEALTH_02520335 | DONEHEALTH_02520336 |
| DONEHEALTH_02523171 | DONEHEALTH_02523172 |
| DONEHEALTH_02523188 | DONEHEALTH_02523189 |
| DONEHEALTH_02523461 | DONEHEALTH_02523462 |
| DONEHEALTH_02529479 | DONEHEALTH_02529480 |
| DONEHEALTH_02546462 | DONEHEALTH_02546462 |
| DONEHEALTH_02546486 | DONEHEALTH_02546486 |
| DONEHEALTH_02546509 | DONEHEALTH_02546510 |
| DONEHEALTH_02554209 | DONEHEALTH_02554210 |
| DONEHEALTH_02554213 | DONEHEALTH_02554214 |
| DONEHEALTH_02554215 | DONEHEALTH_02554216 |
| DONEHEALTH_02554217 | DONEHEALTH_02554218 |
| DONEHEALTH_02554219 | DONEHEALTH_02554219 |
| DONEHEALTH_02554220 | DONEHEALTH_02554221 |
| DONEHEALTH_02554223 | DONEHEALTH_02554224 |
| DONEHEALTH_02554225 | DONEHEALTH_02554226 |
| DONEHEALTH_02554586 | DONEHEALTH_02554587 |
| DONEHEALTH_02554590 | DONEHEALTH_02554591 |

| | |
|---|---|
| DONEHEALTH_02554592 | DONEHEALTH_02554593 |
| DONEHEALTH_02554595 | DONEHEALTH_02554596 |
| DONEHEALTH_02554597 | DONEHEALTH_02554598 |
| DONEHEALTH_02558011 | DONEHEALTH_02558012 |
| DONEHEALTH_02558101 | DONEHEALTH_02558102 |
| DONEHEALTH_02558702 | DONEHEALTH_02558703 |
| DONEHEALTH_02558725 | DONEHEALTH_02558726 |
| DONEHEALTH_02576746 | DONEHEALTH_02576747 |
| DONEHEALTH_02576748 | DONEHEALTH_02576749 |
| DONEHEALTH_02577130 | DONEHEALTH_02577131 |
| DONEHEALTH_02577136 | DONEHEALTH_02577137 |
| DONEHEALTH_02577177 | DONEHEALTH_02577178 |
| DONEHEALTH_02586949 | DONEHEALTH_02586952 |
| DONEHEALTH_02586953 | DONEHEALTH_02586956 |
| DONEHEALTH_02588935 | DONEHEALTH_02588935 |
| DONEHEALTH_02588959 | DONEHEALTH_02588962 |
| DONEHEALTH_02588963 | DONEHEALTH_02588966 |
| DONEHEALTH_02588967 | DONEHEALTH_02588970 |
| DONEHEALTH_02588971 | DONEHEALTH_02588974 |
| DONEHEALTH_02588975 | DONEHEALTH_02588978 |
| DONEHEALTH_02588979 | DONEHEALTH_02588980 |
| DONEHEALTH_02588987 | DONEHEALTH_02588988 |
| DONEHEALTH_02588989 | DONEHEALTH_02588990 |
| DONEHEALTH_02589041 | DONEHEALTH_02589044 |
| DONEHEALTH_02589086 | DONEHEALTH_02589090 |
| DONEHEALTH_02589091 | DONEHEALTH_02589096 |
| DONEHEALTH_02589128 | DONEHEALTH_02589133 |
| DONEHEALTH_02589431 | DONEHEALTH_02589431 |
| DONEHEALTH_02590541 | DONEHEALTH_02590547 |
| DONEHEALTH_02599493 | DONEHEALTH_02599494 |
| DONEHEALTH_02599740 | DONEHEALTH_02599741 |
| DONEHEALTH_02599744 | DONEHEALTH_02599745 |
| DONEHEALTH_02599807 | DONEHEALTH_02599808 |
| DONEHEALTH_02605791 | DONEHEALTH_02605791 |
| DONEHEALTH_02605796 | DONEHEALTH_02605797 |
| DONEHEALTH_02645887 | DONEHEALTH_02645888 |
| DONEHEALTH_03772860 | DONEHEALTH_03772868 |
| DONEHEALTH_03772877 | DONEHEALTH_03772879 |