FILED

Sep 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

       Plaintiff,

   v.

RUTHIA HE,

       Defendant.

Case No.  24-cr-00329-CRB-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released today from the custody of the United States Marshal pursuant to the terms of a bond.

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
ALEX G. TSE
United States Magistrate Judge

Rev. 08-2023