IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUTHIA HE,<br><br>        Defendant. | Case No. 24-cr-00329-CRB-1<br><br>**ORDER** |

On October 1, 2024, the government filed a motion seeking to revoke Defendant Ruthia He's bond. Dkt. 112. The next day, on October 2, the Court issued a notice setting an in-person hearing for 11 a.m. on October 4, 2024. Dkt. 113. He's counsel from Hueston Hennigan LLP requested today (October 3) to appear by Zoom on behalf of He.

But counsel from the law firm Keker, Van Nest & Peters LLP has made a special appearance in this action for issues of bail, the subject of this hearing. Dkts. 45–47. Accordingly, Elliot R. Peters, Nicholas D. Marais, and / or Cody Gray from Keker, Van Nest, & Peters LLP shall attend in-person for the hearing scheduled for 11 a.m. on October 4, 2024.

**IT IS SO ORDERED.**

Dated: October 3, 2024

CHARLES R. BREYER
United States District Judge