HUESTON HENNIGAN LLP
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Stephani Xiao, State Bar No. 340141
sxiao@hueston.com
Melanie Hess, State Bar No. 335665
mhess@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 866-4825

Attorneys for Defendant Ruthia He

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RUTHIA HE and DAVID BRODY,<br><br>      Defendants. | Case No. 3:24-cr-00329-CRB<br><br>**DECLARATION OF JASON GUI IN SUPPORT OF DEFENDANT RUTHIA HE'S OPPOSITION TO GOVERNMENT'S MOTION TO REVOKE**<br><br>Date:         October 4, 2024<br>Time:        11:00 a.m.<br>Dept.:       Courtroom 6 – 17th Floor<br>Judge:      Hon. Charles R. Breyer<br><br>Date Filed: June 12, 2024<br><br>Trial Date: Not yet set |

DECLARATION OF JASON GUI IN SUPPORT OF DEFENDANT RUTHIA HE'S
OPPOSITION TO GOVERNMENT'S MOTION TO REVOKE
Case No. 3:24-cr-00329-CRB

2801734

I, Jason Gui, hereby declare as follows:

1. I am a New Zealand citizen. I first came to the United States since 2009.

2. I graduated in 2013 with a dual bachelor's degree in mechanical engineering (from the University of Pennsylvania) and marketing and operations management (from the Wharton School). During college, I interned at various tech companies in the Bay Area. After graduation, I founded my own startup in San Francisco, which I have been working on since.

3. Over the past few months, I have been helping my friend Ruthia He as she, her family, and her lawyers have worked to secure her release from custody. In particular, I have done my best to help Ruthia gather documents that her lawyers or the Court needed, including documents related to Ruthia's travel history, power of attorney, interest in a property in Georgia, her bank accounts, her travel documents, and her company shares. While Ruthia was in custody, I also assisted her mother as she relocated to California to be with and support Ruthia. (Ruthia's mother does not speak any English, but I can speak Mandarin.)

4. On Sunday, September 15, four days before Ruthia was released, Ruthia's mother and I visited Ruthia at Santa Rita Jail. We had recently learned that, on September 13, the Court had issued an order setting conditions for Ruthia's release and, because Ruthia was in custody, we wanted to help with any steps necessary to comply with the Court's instructions.

5. When I arrived at Santa Rita, I met briefly with one of Ruthia's lawyers, who told me that Ruthia had asked us to search for her green card and a small "black booklet," which she thought were stored in a contact lens box, and to take them to her lawyers or deliver them to the court. I met with Ruthia at Santa Rita that day, too, and she confirmed that I should speak with her attorneys about instructions for documents to find among her belongings. I knew that her mother kept her "green card" with her driver's license, but neither I nor Ruthia's lawyer knew what the "black booklet" was, or where it was, and neither of us had seen it before. I told Ruthia and her lawyer that I would look for it when I got back to the house.

6. I was generally aware that Ruthia's belongings were at the Fremont house. Over the years, Ruthia had left various boxes and suitcases with friends or in storage. Earlier this summer, when her mother rented a house in Fremont and Ruthia was in custody, Ruthia had

DECLARATION OF JASON GUI IN SUPPORT OF DEFENDANT RUTHIA HE'S OPPOSITION TO GOVERNMENT'S MOTION TO REVOKE
Case No. 3:24-cr-00329-CRB

2801734

asked her friends to deliver her possessions—her clothes, books, electronic devices, and so on—to the house. In total, I estimate that Ruthia had about 30 items at the Fremont house, including boxes, suitcases, and furniture.

7. On Monday, September 16, Ruthia's mom looked through Ruthia's belongings, but was unable to find the "black booklet" that Ruthia had asked us to deliver to her lawyers or take to court.

8. On Tuesday, September 17, I went back to court to attend Ruthia's hearing before Judge Tse. Immediately after court, I delivered Ruthia's green card to Pretrial Services, along with her current and expired Chinese passports and a green USCIS travel booklet that her lawyers had been holding. I also lodged the cash, various documents related to her property in Georgia, and paperwork related to her company shares. In total, I spent approximately three hours in the clerk's office, working through the paperwork with them and trying to ensure that Ruthia had met the requirements for her release. In particular, the clerk's office was unsure how to lodge the shares and still had not managed to resolve that issue by the time they closed at 3pm.

9. On the way home from court that day, Ruthia's mother and I were involved in four-car accident on the highway: the car I was driving had a tire blowout, and various other cars collided into each other as a result. Our car had to be towed, and, after talking to law enforcement and waiting for the repairs, Ruthia's mother and I eventually made our way back to Fremont.

10. That evening, when I was working at the Fremont house, Ruthia's mother found and brought me a black booklet. Ruthia's mother said that she had found it in one of Ruthia's suitcases, which she had continued to search even after we surrendered other documents earlier that day. She asked whether the booklet she had found was the document Ruthia had asked us to surrender. I told her that I was not sure what the document was but that I would ask Ruthia's lawyers how to proceed.

11. I traveled to San Francisco on Wednesday and Thursday for my own work meetings. I had left the black travel booklet at the Fremont house, in the room I was using, stored safely with my own identification documents. I stayed overnight in a hotel in San Francisco because I had a 7am meeting and did not return to Fremont, so did not have an opportunity to

pick up the booklet. I then attended court to support Ruthia, and during the hearing, I learned that she would be released later that day. At the time, we were focused on finalizing paperwork related to Ruthia's shares, which I understood would be required before Ruthia was released. Because I was focused on helping Ruthia resolve the issues with her share paperwork, and because I did not have the booklet with me, I forgot to tell Ruthia's lawyers about it or ask them what to do with it.

12. That afternoon, I went to wait at Santa Rita Jail in anticipation of Ruthia's release. It took several hours before she emerged. When we got back to the Fremont house, approximately six armed DEA agents searched the house. They found Ruthia's black travel document where I had left it, in a bag with my own documents. Ruthia had nothing to do with placing the document there, and had never even been to the house prior to the search.

13. The days leading up to Ruthia's release were hectic and demanding. I performed various tasks that week to help Ruthia secure her release, without fully understanding all of them. I feel terrible that I forgot to update Ruthia's lawyers about this travel booklet or deliver it to Pretrial Services or the clerk. I understood from Ruthia's lawyers that Ruthia had asked us to do so, and it was certainly my intention to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 3, 2024 in Sunnyvale, California.

_____
JASON GUI