UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUTHIA HE,<br><br>　　　　　Defendant. | Case No. 3:24-cr-00329-CRB-1<br><br>**ORDER FOR REMAND TO THE UNITED STATES MARSHAL CUSTODY** |

The defendant, Ruthia He is remanded to the United States Marshal custody, forthwith.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
CHARLES R. BREYER
United States District Judge

*Rev. 08-2023*