UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUTHIA HE and DAVID BRODY,<br><br>　　　　Defendants. | Case No. 3:24-cr-00329-CRB<br><br>[~~PROPOSED~~] **ORDER TO EXONERATE BOND FOR DEFENDANT RUTHIA HE** |

Based on the October 4, 2024 remand of Defendant Ruthia He to United States Marshal custody, the Court orders that bond be exonerated for Ms. He. The Clerk of Court is directed to return the cash bond plus any interest accrued to the sureties at the mailing address in Fremont. The Clerk of Court is further directed to reconvey the real property. Per the terms of the Power of Attorney filed on September 17, 2024, the Power of Attorney granted to the Clerk of Court shall be deemed expired upon entry of this Order. All surrendered passports and travel documents shall remain in the possession of Pretrial Services or DEA and shall not be returned to Defendant until further order of this Court.

　　　　IT IS SO ORDERED.

Dated:  October 23, 2024

Hon. Charles R. Breyer
United States District Judge

[~~PROPOSED~~] ORDER TO EXONERATE BOND
*United States v. He*, 3:24-Cr-00329-CRB