WILLKIE FARR & GALLAGHER LLP
Koren Bell (SBN 268614)
  kbell@willkie.com
2029 Century Park East
Los Angeles, CA 90067
T: 310-855-3016
F: 310-855-3099

Michael S. Schachter (*Pro Hac Vice*)
Steven J. Ballew (*Pro Hac Vice Pending*)
  mschachter@willkie.com
  sballew@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
T: 212-728-8102
F: 212-728-9102

HUESTON HENNIGAN LLP
Vicki Chou (SBN 248598)
  vchou@hueston.com
523 W 6th St
Suite 400
Los Angeles, CA 90014
T: 213-788-4340
F: 888-775-0898

Attorneys for Defendant
RUTHIA HE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329-CRB |
| Plaintiff, | **DECLARATION OF KOREN BELL IN SUPPORT OF DEFENDANT'S MOTION FOR A BILL OF PARTICULARS** |
| v. | |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | Date:       January 8, 2025<br>Time:      1:30 PM<br>Courtroom: Courtroom 6 – 17th Floor<br>Judge:     Hon. Charles R. Breyer |
| Defendants. | |

I, KOREN BELL, declare as follows:

1. I am a Partner at Willkie Farr & Gallagher LLP, and represent Defendant Ruthia He.

2. I submit this declaration in support of Defendant's Motion for a Bill of Particulars, filed with this Court on December 2, 2024.

3. I base this declaration on my own personal knowledge and on information obtained in the course of the above-captioned matter.

4. On November 5, 2024, Defendant met with the Government to discuss her need for particulars.

5. On November 11, 2024, Defendant served on the Government a letter requesting particulars pursuant to Federal Rule of Criminal Procedure 7(f). A true and correct copy of Defendant's November 11 letter is attached as **Exhibit A**.

6. On November 18, Defendant followed up on her November 11, requesting a response from the Government. A true and correct copy of Defendant's November 18 correspondence is attached as **Exhibit B**.

7. On November 22, 2024, the Government served on the Defendant's a response to Defendant's November 11 letter. A true and correct copy of the Government's November 22 letter is attached as **Exhibit C**.

8. On November 26, Defendant requested from the Government its proposed scheduling order. A true and correct copy of the Defendant's correspondence is attached as **Exhibit D**.

9. On November 27, 2024, the Government emailed counsel for Defendant a proposed scheduling order. A true and correct copy of the Government's email and proposed scheduling order is attached as **Exhibit E**.

10. On November 27, 2024, counsel for Defendant emailed the Government in response to its proposed scheduling order. A true and correct copy of counsel for Defendant's email and attachment is attached as **Exhibit F**.

1

DECLARATION OF KOREN BELL IN SUPPORT OF DEFENDANT'S MOTION FOR A
BILL OF PARTICULARS
Case No. 3:24-cr-00329-CRB

11. On December 2, 2024, counsel the Government and counsel for Ms. He exchanged further emails relating to the proposed trial schedule. A true and correct copy of those email exchanges is attached as **Exhibit G**.

12. To date, the Government has produced large amounts of discovery in this case, totaling over 11 million pages of documents (*excluding* those from the Government's most recent productions, which are still being loaded into our database), and 6,005 gigabytes of data. Based on the discovery produced so far and the information received, the Government has interviewed over 130 witnesses, and there have been nearly 200 Done clinicians who have treated over 150,000 patients, potentially placing at issue hundreds-of-thousands of prescriptions, if not more.

I certify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: December 2, 2024         WILLKIE FARR & GALLAGHER LLP


                                By:    */s Koren Bell*
                                       Koren Bell

                                       Attorneys for Defendant
                                       RUTHIA HE