RAVI T. NARAYAN (CABN 331858)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

RAVI T. NARAYAN (CABN 331858)
Acting Chief, Criminal Division

GLENN S. LEON (NYBN 250785) Chief, Fraud Section

JACOB FOSTER (CABN 250785)
EMILY GURSKIS (VABN 85973)
Principal Assistant Chief
Fraud Section, Criminal Division

    1400 New York Ave NW
    Washington, D.C. 20005
    Telephone: (202) 514-2000
    FAX: (202) 514-3708
    Jacob.Foster@usdoj.gov
    Emily.Gurskis@usdoj.gov

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 24-329 CRB |
| Plaintiff, | |
| v. | UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS AND [~~PROPOSED~~] ORDER |
| RUTHIA HE, A/K/A/ RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

1

Counsel for the United States respectfully requests leave to file oversized briefs with respect to its opposition to Defendant Ruthia He's ("Defendant") Motion to Dismiss and Motion for Bill of Particulars, Dkt. Nos. 157-158. *See* General Standing Order, I.C. Under the Court's General Standing Order, the opening and opposition briefs shall not exceed 15 pages, unless the Court permits the filing of an oversized brief upon a showing of good cause. General Standing Order, I.C. On December 2, 2024, Defendant filed her Motion to Dismiss totaling 25 pages and Motion for Bill of Particulars totaling 15 pages. Dkt. Nos. 157-158. The United States seeks leave to file an opposition brief of up to eighteen pages with respect to Defendant's Motion to Dismiss and up to twenty pages with respect to Defendant's Motion for Bill of Particulars in order to allow it to address all issues raised in her motions. Defendant does not oppose this motion.

Sincerely,

*/s/ Emily Gurskis*

JACOB FOSTER
Principal Deputy Chief
EMILY GURSKIS
Assistant Chief
Department of Justice
Criminal Division, Fraud Section

KRISTINA GREEN
Assistant United States Attorneys
Northern District of California

# [~~PROPOSED~~] ORDER

The United States' motion to file oversized briefs is hereby GRANTED.

IT IS SO ORDERED.

DATED:  December 17, 2024                                    _____
                                                              Hon. Charles R. Breyer
                                                              United States District Judge

3