1  HUESTON HENNIGAN LLP
   Vicki Chou, State Bar No. 248598
2  vchou@hueston.com
   Stephanie Xiao, State Bar No. 340141
3  sxiao@hueston.com
   523 West 6th Street, Suite 400
4  Los Angeles, CA 90014
   Telephone:    (213) 788-4340
5  Facsimile:    (888) 866-4825

6  Melanie Hess, State Bar No. 335665
   mhess@hueston.com
7  Newport Beach, CA 92660
   Telephone: (949) 229-8640
8  Facsimile: (888) 775-0898

9  Attorneys for Defendant Ruthia He

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         | Case No. 3:24-cr-00329-CRB
14 |         Plaintiff,                | **MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER**
15 |     v.                            | Dept.: Courtroom 6: 17th Floor
16 | RUTHIA HE and DAVID BRODY,        | Judge: Hon. Charles R. Breyer
17 |         Defendants.               | Date Filed: June 12, 2024
18 |                                   | Trial Date: July 21, 2025

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Vicki Chou, Stephanie Xiao, and Melanie Hess of the law firm Hueston Hennigan LLP hereby move to withdraw as counsel of record for Defendant Ruthia He in this matter pursuant to Criminal Local Rule 44-2(b). Ms. He consents to the withdrawal of undersigned, which will in no way prejudice her in this case or cause any delay in the trial date.

Ms. He continues to be represented by Koren Bell, Michael Schachter, and Steven Ballew of Willkie Farr & Gallagher LLP, who are counsel of record and have all appeared in this matter. (*See* ECF 136, 140, 156). Ms. He's attorneys at Willkie Farr are aware of all upcoming deadlines and appearances and have been retained as trial counsel on behalf of Ms. He.

Pursuant to Local Rule 44-2(b), undersigned counsel has served a copy of this motion on all counsel via ECF and on Ms. He via United States mail.

Dated: February 4, 2025          HUESTON HENNIGAN LLP

By: _____
VICKI CHOU
STEPHANIE XIAO
MELANIE HESS

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court hereby GRANTS the motion of Vicki Chou, Stephanie Xiao, and Melanie Hess |
| 3 | of Hueston Hennigan LLP to withdraw as counsel. |
| 4 | |
| 5 | **IT IS SO ORDERED.** |

_____
Honorable Charles R. Breyer