IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUTHIA HE,<br><br>　　　　　Defendant. | Case No. 3:24-cr-00329-CRB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RUTHIA HE'S RENEWED MOTION TO COMPEL DISCLOSURE OF <u>BRADY</u> MATERIAL** |

On July 18, 2025, Defendant Ruthia He filed a renewed motion to compel disclosure of <u>Brady</u> material. Mot. (dkt. 312). The motion asked for four different categories of requests. <u>Id.</u> at 6. After a hearing on July 30, the Court granted Ms. He's third request for records related to plea agreements, denying all other requests. Dkt. 325. The Court ordered the Government to provide the relevant material for <u>in camera</u> review. <u>Id.</u> The Government complied and the Court reviewed the documents. The Court now orders the Government to disclose the relevant material to Ms. He. Accordingly, the Court **GRANTS** Ms. He's motion in part as to Ms. He's third request and **DENIES** her other requests.

**IT IS SO ORDERED.**

Dated: September 15, 2025

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　United States District Judge