WILLKIE FARR & GALLAGHER LLP
Koren Bell (SBN 268614)
 kbell@willkie.com
2029 Century Park East
Los Angeles, CA 90067
T: 310-855-3016
F: 310-855-3099

Michael S. Schachter (*Pro Hac Vice*)
Steven J. Ballew (*Pro Hac Vice Pending*)
 mschachter@willkie.com
 sballew@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
T: 212-728-8102
F: 212-728-9102

Attorneys for Defendant
RUTHIA HE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>　　　　　Defendants. | CASE NO. 3:24-cr-00329-CRB<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF *BRADY*, *GIGLIO*, AND RULE 16 MATERIALS** |

**[PROPOSED]** ORDER

Before the Court is Defendant Ruthia He's Motion to Compel (the "Motion"). The Court, having considered Defendant's Motion, all papers filed in support thereof and in opposition thereto, and the argument of counsel, concludes that Defendant's Motion should be granted pursuant to Federal Rule of Criminal Procedure 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1982), and their progeny.

Accordingly, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part. The Government shall **PROVIDE** the following:

1. Disclose the total amount it has paid its summary witness, Mr. Michael J. Petron, over the last five years; and

2. Disclose the hourly rates its expert, Dr. Goodman, charges patients in his private practice, to contrast the amounts the Government is paying him here.

**IT IS SO ORDERED**.

Dated: September 23, 2025

_____
Hon. Charles R. Breyer
United States District Judge