CRAIG H. MISSAKIAN (CABN 125202)
U.S. Attorney for the Northern District of California

RAVI T. NARAYAN (CABN 331858)
Acting Chief, Criminal Division

LORINDA I. LARYEA (DCBN 99769)
Acting Chief, Fraud Section

EVAN SCHLOM (DCBN 1028758)
Trial Attorney
Fraud Section, Criminal Division

950 Constitution Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-2000
FAX: (202) 514-3708
Evan.schlom@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>Defendants. | Case No. CR 24-00329 CRB<br><br>MOTION FOR ENTRY OF ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)<br><br>DATE: October 1, 2025<br>TIME: 1:30 PM<br>CTRM: Courtroom 6 – 17th Floor<br>JUDGE: Hon. Charles R. Breyer |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTIC**E that on October 1, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Charles R. Breyer, Senior United States District Judge, located at 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 6, 17th Floor, the United States, by and through its undersigned counsel of record, *i.e.*, the designated filter team ("Filter Team") will, and hereby does, move the Court entry of an order pursuant to Federal Rule of Evidence 502(d). In support of this Motion, the Filter Team states as follows:

1. On July 22, 2024, the Court entered a Stipulated Protective Order [ECF No. 38].

2. On November 6, 2024, the Court entered another Stipulated Protective Order [ECF No. 144].

3. The Government has obtained material discoverable in this case through various grand jury subpoenas issued to third parties and other means, including certain Potentially Protected Material[1] over which third parties Done Global Inc. and/or Done Health P.C. (together, "Done" or "Third Party Privilege Claimant") may hold a privilege.

4. The relevant Potentially Protected Material (the "Done PPM") consists of the following:

a. Approximately 374 PPM items identified on a phone associated with Nikita Mercado;

b. Approximately 205 PPM WeChat audio items identified on an iPhone 14 associated with Defendant He;

c. Approximately 9,722 PPM items identified on an iPhone 12 associated with Defendant He;

d. Approximately 6,893 PPM items identified on a phone associated with Haley Zhu; and

e. Any future identified PPM for which Done may be a privilege holder.

5. To avoid protracted litigation over the Done's privilege claims in this matter an expedite discovery productions to Defendants He and Brody, the United States Filter Team and Done agree to the following:

a. Done expressly authorizes the United States Filter Team to release the Done PPM to Defendants He and Brody.[2]

[1] "Potentially Protected Material" is discovery material that is potentially protected from disclosure by the attorney-client privilege, work-product doctrine, or any other legally recognized privilege or protection. This includes, but is not limited to, material over which a potential privilege holder has asserted a specific claim of attorney-client privilege, work-product doctrine, or any other legally recognized privilege or protection, but over which a Court has not yet ruled.

[2] The items listed at 3.b and 3.c have already been produced to Defendant He. They have been withheld from Defendant Brody.

b. The United States Filter Team will not release to the Government Prosecution Team or any other party the Done PPM, except as authorized by the Court or expressly permitted by Done.

c. All materials produced by the Filter Team shall be designated with a word mark "Produced Pursuant to FRE 502(d) Order." Before using any of the Done PPM addressed by this motion: (1) at trial; (2) in public pre-trial proceedings; or (3) in a manner that may lead otherwise to public disclosure, a party shall give three (3) days' notice prior to any such intended use to: (1) counsel for Done; (2) their co-defendant; and (2) the Prosecution Team. If Done does not consent to a party's use of the Done PPM, that party may file a motion with the Court seeking authorization to use the material.

d. Pursuant to Federal Rule of Evidence 502(d), the attorney-client privilege and other privileges or protections are not waived by disclosure connected with the litigation pending before the Court, nor constitute waiver in this proceeding or any other federal or state proceeding. Nothing in this Order precludes Done from asserting privilege claims over the disclosed materials in this proceeding or in any future proceedings in federal or state court.

e. The Government reserves its rights to contest Done's privilege assertions over the Done PPM at any time. However, the United States Filter Team's production of Done PPM to the Defendants will not be construed as a waiver as to the Government or any other party, and the Government agrees that it will not claim the United States Filter Team's production of Done PPM to Defendants operated as a waiver.

f. In the event Done seeks to withhold or limit Defendants' use of the Done PPM at a future point on the basis of the attorney-client privilege, the attorney work product protection, or any other privilege or protection, Defendants reserve their rights to contest those assertions at that time.

6. The Done PPM shall be subject to the Stipulated Protective Orders [ECF Nos. 38 and 149].

7. Undersigned counsel conferred via email with counsel for Done, and they consent to entry of the Proposed Order.

8. Undersigned counsel sent the Proposed Order to counsel for Defendants He and Brody at 7:26 AM Pacific Time on Monday, September 29, asking them to provide their position by 7:00 PM Pacific Time that evening. But as of 6:30 AM Pacific Time on Tuesday, September 30, they have not responded.

Accordingly, the United States Filter Team respectfully requests that this Motion be granted and that the Court issue an order pursuant to Federal Rule of Evidence 502(d) for the relief requested herein.

DATED: September 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
Attorney for the United States

LORINDA I. LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice

/s/
EVAN SCHLOM
Trial Attorney