UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:24-cr-00329-CRB-1, 2
Case Name: USA v. Ruthia He and David Brody

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Charles R. Breyer | PLAINTIFF ATTORNEY: Kristina Green, Jacob Foster, Emily Gurskis, Arun Bodapati | DEFENSE ATTORNEY: Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay |
|---|---|---|
| TRIAL DATE: September 30, 2025 | REPORTER(S): Ruth Levine Ekhaus | CLERK: Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Judge cried-in. All parties present. Jurors not present. Preliminary matters discussed | |
| | | 9:21 a.m. | | | Government witness sworn - **Richard Menesini** | |
| 256 | | | X | | Government exhibit 256 marked | |
| 915 | | | X | X | Government exhibit 915 marked and admitted Slack Message from Ruthia He to Rick Menesini et al re HIMS NPS Score | |
| 286 | | | X | X | Government exhibit 286 Email from Ruthia He to David Brody, Les Tsang, et al re Monthly Update Jan | |
| 306 | | | X | X | Government exhibit 306 Email from Ruthia He to David Brody, Les Tsang, et al re Monthly Update Feb | |
| 325 | | | X | X | Government exhibit 325 Email from Ruthia He to Nikita Mercado, Jayaram Brindala, et al re Monthly Update March | |
| 349 | | | X | X | Government exhibit 349 Email from Ruthia He to Nikita Mercado, Jayram Brindala, et al re Monthly Update April | |
| 1492 | | | X | X | Government exhibit 1492 Provider Goal Tracking Chart | |
| | | 10:31 a.m. | | | Court in recess | |
| | | 10:45 a.m. | | | Court reconvened. All parties present. All jurors present. Government direct examination of witness Richard Menesini | |
| 1337 | | | X | X | Government exhibit 1337 Provider Recruiting Checklist (Obtained from Levy) | |
| 373 | | | X | X | Government exhibit 373 Slack Message from Bianca Rohr to Ruthia He, David Brody, et al. re recruiting team | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 910 | | | X | X | Government exhibit 910<br>Slack Message from Ruthia He to Rick Menesini re Brody's Role | |
| 219 | | | X | X | Government exhibit 219<br>Email from Jayaram Brindala to David Brody, et al. re Monthly Risk Mitigation Report (Produced by Brindala) | |
| 888 | | | X | X | Government 888<br>Slack Message from Hilary Ortega to Dr. David re Endless Unrealistic New Patient Additions (from He Dropbox) | |
| 952 | | | X | X | Government exhibit 952 - marked and admitted | |
| 302 | | | X | X | Government exhibit 302<br>Email from Svetlana Zak to CC David Brody, et al. re Work Concerns | |
| 304 | | | X | X | Government exhibit 304<br>Email from Svetlana Zak to Rick Menesini and Jacob Korth re Resignation | |
| 219 | | | X | | Government exhibit 219 previously admitted | |
| 230 | | | X | X | Government exhibit 230<br>Email from Ruthia He to David Brody et al. re Risk Mitigation Report | |
| | | 11:40 a.m. | | | Jurors on break<br>Court directed government's counsel to clarify a portion of his testimony.<br>Discussion re up-coming witness testimony and exhibits. | |
| | | 12:01 p.m. | | | Court in recess | |
| | | 12:46 p.m. | | | Court reconvened. All parties present<br>All jurors present. Court ruling – the last answer of witness Menesini is striken.<br>Government direct examination of witness Richard Menesini | |
| 248 | | | X | | Government exhibit 248 – marked (pending redactions. The exhibit will be admitted after redactions)<br>Message from Debra Dion to Done re Harlan Band (Obtained from Riley Levy) | |
| 254 | | | X | X | Government exhibit 254<br>Email from Jayaram Brindala to David Brody, Ruthia He, et al. re Monthly Risk Mitigation Report (Obtained from Brody phone and Kristin Neland) | |
| 1824 | | | X | X | Government exhibit 1824 - marked and admitted | |
| 219 | | | X | X | Government exhibit 219 previously admitted | |
| 249 | | | X | X | Government exhibit 249<br>Email from Debra Dion to Rick Menesini re Harlan Band Dr. Shabnam Rahimi | |
| 281 | | | X | X | Government exhibit 281 | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from Jayaram Brindala to David Brody, et al. re Monthly Risk Mitigation Report (Produced by Brindala) | |
| 297 | | | X | X | Government exhibit 297<br>Email from Jayaram Brindala to Ruthia He, et al. re Monthly Risk Mitigation Report (Produced by Brindala) | |
| 335 | | | X | X | Government exhibit 335<br>Email from Jayaram Brindala to Ruthia He, David Brody, et al. re April 30, 2021 Risk Mitigation Report (Obtained from Brody Phone and Brindala) | |
| 364 | | | X | X | Government exhibit 364<br>Email from Jayaram Brindala to Ruthia He, et al. re Monthly Risk Mitigation Report (Produced by Brindala) | |
| 343 | | | X | X | Government exhibit 343<br>Slack Message from Ruthia He to David Brody, et al. re What Patients Care About | |
| 283 | | | X | X | Government exhibit 283<br>Email from Ruthia He to Jon Eaton and Rick Menesini et al. re Prescriptions in Usual Course of Practice | |
| 924 | | | X | X | Government exhibit 924<br>Email from LegitScript to Ruthia He et al re LegitScript Healthcare Merchant Certification Okay Health, Inc. | |
| 393 | | | X | X | Government exhibit 393<br>Slack Message from T.J. Williams to Ruthia He, David Brody, et al. re Pharmacy Denials | |
| | | 1:36 p.m. | | | Court in recess | |
| | | 2:00 p.m.<br><br>2:01 p.m. | | | Court reconvened. All parties present. All jurors present.<br>Defense (He) cross-examination of witness Richard Menesini | |
| | 6035 | | X | X | Defense (He) exhibit 6035<br>CV for Rick Menesini | |
| | 6050 | | X | X | Defense (He) exhibit 6050 – marked and admitted | |
| | 6038 | | X | X | Defense (He) exhibit 6038 – marked and admitted | |
| | 6338 | | X | X | Defense (He) exhibit 6338 – marked and admitted | |
| | 6037 | | X | X | Defense (He) exhibit 6037 – marked and admitted | |
| | 6049 | | X | X | Defense (He) exhibit 6049 – marked and admitted | |
| | 6035 | | X | X | Defense (He) exhibit 6035 – marked and admitted | |
| | 6048 | | X | X | Defense (He) exhibit 6048 – marked and admitted | |
| | 9009 | | X | | Defense (He) exhibit 9009 – marked | |
| | 9008 | | X | | Defense (He) exhibit 9008 – marked | |
| | 6247 | | X | X | Defense (He) exhibit 6247 – marked and admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6130 | | X | X | Defense (He) exhibit 6130 – marked and admitted | |
| | 6129 | | X | X | Defense (He) exhibit 6129 – marked and admitted | |
| | 6131 | | X | X | Defense (He) exhibit 6131 – marked and admitted | |
| 1337 | | | X | | Government exhibit 1337 previously admitted | |
| | 9009 | | X | | Defense (He) exhibit 9009 – marked | |
| | 9008 | | X | | Defense (He) exhibit 9008 – marked | |
| | | 3:44 p.m. | | | Witness excused for the day and instructed to return on October 1, 2025 at 9:15 a.m. | |
| | | 3:47 p.m. | | | The Court addressed the jurors re the government shut-down at midnight, discussed juror payment, parking validation, etc.<br>Jurors excused until October 1, 2025 at 9:15 a.m. | |
| | | 3:49 p.m.<br><br><br><br><br><br><br><br>4:15 p.m.<br><br><br><br><br>4:21 p.m. | | | Motion to Preclude hearing held.<br>Christopher James Steskal sworn-in<br>Court inquiry re Grand Jury Subpoena/Production of Document dated 11/26/2020.<br>Government examination of Mr. Steskal<br>Defense (He) examination of Mr. Steskal<br>Court inquiry<br>Defense (Brody) examination of Mr. Steskal<br>Witness excused<br>Further discussion re object/hyperlink production to the government.<br>Preliminary matters discussed. Exhibit 3049, last page; The exhibit number will be re-numbered.<br>Court adjourned until October 1, 2025 at 9:15 a.m. | |