# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:24-cr-00329-CRB-1, 2
Case Name: <u>USA v. Ruthia He and David Brody</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Kristina Green, Jacob Foster, Emily Gurskis, Arun Bodapati | Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| October 1, 2025 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:15 a.m. |  |  | Judge cried-in. All parties present. Jurors not present. Court discussed trial schedule. |  |
|  |  | 9:20 a.m. |  |  | All jurors present. Defense (He) cross-examination of witness **Richard Menesini** |  |
|  | 6049 |  | X |  | Defense (He) exhibit 6049 previously admitted |  |
|  | 9008 |  | X |  | Defense (He) exhibit 9008 previously marked |  |
|  | 6127 |  | X | X | Defense (He) exhibit 6127 – marked and admitted |  |
|  | 6347 |  | X | X | Defense (He) exhibit 6347 – marked and admitted |  |
|  | 5203 |  | X | X | Defense (He) exhibit 5203 Photograph of Jayaram Brindala |  |
|  | 6053 |  | X | X | Defense (He) exhibit 6053 – marked and admitted |  |
|  | 6349 |  | X | X | Defense (He) exhibit 6349 – marked and admitted |  |
|  | 6350 |  | X | X | Defense (He) exhibit 6350 – marked and admitted |  |
|  | 6351 |  | X | X | Defense (He) exhibit 6351 – marked and admitted |  |
| 490 |  |  | X |  | Government exhibit 490 – marked |  |
|  | 5189 |  | X |  | Defense (He) exhibit 5189 – marked |  |
|  | 5000 |  | X | X | Defense (He) exhibit 5000 DEA Flow Chart: How to Prescribe Controlled Substances to Patients During the COVID-19 Public Health Emergency |  |
| 118 |  |  | X | X | Government exhibit 118 Email from David Brody BCC Ruthia He et al. re PLEASE READ: Important Information about our Medical Guidelines |  |
|  | 6091 |  | X | X | Defense (He) exhibit 6091 – marked and admitted |  |
|  | 6348 |  | X | X | Defense (He) exhibit 6348 – marked and admitted |  |
| 302 |  |  | X |  | Government exhibit 302 previously admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6050 | | X | | Defense (He) exhibit 6050 previously admitted | |
| | 6077 | | X | X | Defense (He) exhibit 6077 – marked and admitted | |
| | 6090 | | X | X | Defense (He) exhibit 6090 – marked and admitted | |
| | 6088 | | X | X | Defense (He) exhibit 6088 – marked and admitted | |
| | 6087 | | X | X | Defense (He) exhibit 6087 – marked and admitted | |
| | 9008 | | X | | Defense (He) exhibit 9008 previously marked | |
| | 6109 | | X | X | Defense (He) exhibit 6109 – marked and admitted | |
| | 5476 | | X | | Defense (He) exhibit 5476 marked | |
| | | 10:34 a.m. | | | Jurors on break<br>Discussion re witness Richard Menesini testimony | |
| | | 10:39 p.m. | | | Court in recess | |
| | | 10:50 a.m. | | | Court reconvened. All parties present. All jurors present<br>Defense cross-examination of witness Richard Menesini | |
| | 6239 | | X | X | Defense (He) exhibit 6239 – marked and admitted | |
| | 9008 | | X | | Defense (He) exhibit 9008 previously marked | |
| 343 | | | X | | Government exhibit 343 previously admitted | |
| | 6355 | | X | X | Defense (He) exhibit 6355 – marked and admitted | |
| | 6356 | | X | X | Defense (He) exhibit 6356 – marked and admitted | |
| | 6354 | | X | X | Defense (He) exhibit 6354 – marked and admitted | |
| | 6115 | | X | X | Defense (He) exhibit 6115 – marked and admitted | |
| 230 | | | X | | Government exhibit 230 previously admitted | |
| | | 11:27 p.m. | | | Defense (Brody) cross-examination of witness Richard Menesini | |
| 888 | | | X | | Government exhibit 888 previously admitted | |
| 910 | | | X | | Government exhibit 910 previously admitted | |
| 230 | | | X | | Government exhibit 230 previously admitted | |
| | 6053 | | X | | Defense exhibit 6053 previously admitted | |
| | | 11:54 p.m. | | | Court provided the jurors with the court schedule through November and instructs the jurors.<br>Jurors excused until October 6, 2025 at 9:15 a.m. | |
| | | 12:02 p.m. | | | Court in recess | |
| | | 2:28 p.m. | | | Court reconvened. All parties present. Jurors not present. Discussion re reference to legal advice. The Court gives a cautionary instruction to the parties. Discussion re Government exhibit 490. Discussion re Defense (He) exhibit 5186. The parties will file briefing. Government concerned that defense exhibits were not produced in advance of trial. Jury Note Number 1 | |
| | | 3:01 p.m. | | | Court adjourned until October 6, 2025 at 9:00 a.m. | |

2