UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:24-cr-00329-CRB-1, 2
Case Name: <u>USA v. Ruthia He and David Brody</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Kristina Green, Jacob Foster, Emily Gurskis, Arun Bodapati | Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| October 8, 2025 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:17 a.m. | | | Judge cried-in. All parties present. All parties present. Ms. Nechay not present. All jurors present | |
| | | 9:19 a.m. | | | Ms. Nechay present<br>Government direct examination of witness<br>**Kristin D. Bowen** | |
| 1119 | | | X | X | Government exhibit 1119<br>LinkedIn Ad from Done re ADHD is real | |
| 1120 | | | X | X | Government exhibit 1120<br>Done. Ads with Pill Imagery | |
| 1123 | | | X | X | Government exhibit 1123<br>Done. Ad - Tiktok Video re ADHD Symptoms | |
| 1124 | | | X | X | Government exhibit 1124<br>Done. Ad - Video - Sick of Overpaying for ADHD Care | |
| 1125 | | | X | X | Government exhibit 1125<br>Done. Ad - Video - Trying to Sleep with ADHD | |
| 1126 | | | X | X | Government exhibit 1126<br>Done. Twitter Ad - At Least It's Never A Dull Moment in an ADHD Relationship | |
| 1127 | | | X | X | Government exhibit 1127<br>Done. Twitter Ad - Holiday Bingo | |
| 1128 | | | X | X | Government exhibit 1128<br>Don't Miss Out on Your Discounted ADHD Diagnosis | |
| 1129 | | | X | X | Government exhibit 1129<br>Personalized ADHD Care .79 Cents Per Month | |
| 1130 | | | X | X | Government exhibit 1130<br>Tiktok Video - Things Done. Helped Me Learn | |
| 1131 | | | X | X | Government exhibit 1131<br>Tiktok Video - What All Does Done First Offer | |
| 1132 | | | X | X | Government exhibit 1132<br>Tiktok Video from Done re ADHD treatment | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2709 | | | X | X | Government exhibit 2709<br>Done Ad - ADHD Treatment Shouldn't be Complicated | |
| 3035 | | | X | X | Government exhibit 3035<br>Compendium: Done Advertisements in Ruthia He Dropbox Account | |
| 1128 | | | X | | Government exhibit 1128 previously admitted | |
| 1129 | | | X | | Government exhibit 1129 previously admitted | |
| 1120 | | | X | | Government exhibit 1120 previously admitted | |
| 1124 | | | X | | Government exhibit 1124 previously admitted | |
| 1125 | | | X | | Government exhibit 1125 previously admitted | |
| 1126 | | | X | | Government exhibit 1126 previously admitted | |
| 1127 | | | X | | Government exhibit 1127 previously admitted | |
| 1128 | | | X | | Government exhibit 1128 previously admitted | |
| 1130 | | | X | | Government exhibit 1130 previously admitted | |
| 1131 | | | X | | Government exhibit 1131 previously admitted | |
| 2709 | | | X | | Government exhibit 2709 previously admitted | |
| 3035 | | | X | | Government exhibit 3035 previously admitted | |
| 332 | | | X | X | Government exhibit 332<br>Slack Message from Denis Lam to Kristin Neland re Provider Hiring | |
| 1468 | | | X | X | Government exhibit 1468<br>Done Practice Guidelines (Obtained from Levy) | |
| 1340 | | | X | X | Government exhibit 1340<br>Done Medication Guideline (2020.09.23 Ruthia He version) (Obtained from Levy) | |
| 1388 | | | X | | Government exhibit 1388 marked | |
| 1306 | | | X | X | Government exhibit 1306<br>Erin Kim Contract with Done Health | |
| 1308 | | | X | X | Government exhibit 1308<br>Compendium Exhibit: Provider Contracts Including Schedule C | |
| 348 | | | X | X | Government exhibit 348<br>Message from Debra Dion to Done re Harlan Band (Obtained from Riley Levy) | |
| 320 | | | X | X | Government exhibit 320<br>Email from Michell Huynh to Michell Huynh re Auto Renewal | |
| 1414 | | | X | X | Government exhibit 1414<br>Auto Renewal provider update (provided by Neland) | |
| 1344 | | | X | X | Government exhibit 1344<br>Refill Request Note Template (Ruthia He 2020.12.03 version) (Obtained from Levy | |
| 1351 | | | X | X | Government exhibit 1351<br>Message to Patient Template (Ruthia He 2021.03.05 version) (Obtained from Levy) | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 377 | | | X | X | Government exhibit 377<br>Slack Message from Kristin Neland to Ruthia He, et al. re Erin Kim Appointments | |
| 378 | | | X | X | Government exhibit 378<br>Email from Kristin Oliver to Ruthia He re Monitor the provider performance data | |
| | | 10:42 a.m. | | | Court in recess | |
| | | 11:01 a.m. | | | Court reconvened. All parties present. All jurors present. Government direct examination of witness Kristin D. Bowen | |
| 355 | | | X | X | Government exhibit 355<br>Slack Message from Ruthia He to Kristin Neland and Jayaram Brindala re Excuses to Prescribe (Obtained from Riley Levy) | |
| 354 | | | X | X | Government exhibit 354<br>Slack Message from Ruthia He to Jayaram Brindala, et al. re Screening Requirements | |
| 2845 | | | X | X | Government exhibit 2845 marked and admitted | |
| 364 | | | X | | Government exhibit 364 previously admitted | |
| | 6146 | Demonstrative | X | | Defense (He) exhibit 6146 Demonstrative | |
| 254 | | | X | | Government exhibit 254 previously admitted | |
| 1418 | | | X | X | Government exhibit 14818<br>Clinician Quick Start (Produced by Done) | |
| 917 | | | X | X | Government exhibit 917<br>Slack Messages Between Kristin Neland and Rick Menesini re Beating Cerebral | |
| | 9023 | | X | | Defense (He) exhibit 9023 marked | |
| | 6249 | | X | X | Defense (He) exhibit 6249 marked and admitted | |
| | 6648 | | X | X | Defense (He) exhibit 6648 marked and admitted | |
| | 6251 | | X | X | Defense (He) exhibit 6251 marked and admitted | |
| | | 12:05 p.m. | | | Jurors on break.<br>Discussion re production of evidence to the government today and not in advance of today's proceedings. Some documents are impeachment. | |
| | | 12:08 p.m. | | | Court in recess | |
| | | 12:54 p.m. | | | Court reconvened. All parties present. All jurors present. Defense (He) cross-examination of witness Kristin Bowen | |
| | 6660 | | X | X | Defense (He) exhibit 6660 marked and admitted | |
| | 6269 | | X | X | Defense (He) exhibit 6269 marked and admitted | |
| | 6270 | | X | X | Defense (He) exhibit 6270 marked and admitted | |
| 1123 | | | X | | Government exhibit 1123 previously admitted | |
| | 5382 | | X | | Defense (He) exhibit 5382 marked | |
| | 5363 | | X | | Defense (He) exhibit 5363 marked | |
| | 6359 | | X | | Defense (He) exhibit 6359 marked and admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6359 | | X | X | Defense (He) exhibit 6359 marked and admitted | |
| | 5192 | | X | | Defense (He) exhibit 5192 marked | |
| | 6358 | | X | | Defense (He) exhibit 6358 marked | |
| | 5193 | | X | | Defense (He) exhibit 5193 marked | |
| | 6253 | | X | X | Defense (He) exhibit 6253 marked and admitted | |
| 332 | | | X | | Government exhibit 332 previously admitted | |
| | 6254 | | X | X | Defense (He) exhibit 6254 marked and admitted | |
| | 6365 | | X | X | Defense (He) exhibit 6365 marked and admitted | |
| | 6366 | | X | X | Defense (He) exhibit 6366 marked and admitted | |
| | 6255 | | X | X | Defense (He) exhibit 6255 marked and admitted | |
| | 6258 | | X | X | Defense (He) exhibit 6258 marked and admitted | |
| | 6261 | | X | X | Defense (He) exhibit 6261 marked and admitted | |
| | 6263 | | X | X | Defense (He) exhibit 6263 marked and admitted | |
| | 6264 | | X | X | Defense (He) exhibit 6264 marked and admitted | |
| 1418 | | | X | | Government exhibit 1418 previously admitted | |
| | 6028 | | X | X | Defense (He) exhibit 6028 marked and admitted | |
| 1418 | | | X | | Government exhibit 1418 previously admitted | |
| | 6146 | Demonstrative | X | | Defense (He) exhibit 6146 Demonstrative | |
| | | 2:28 p.m. | | | Jurors on break.<br>Discussion re exhibit 6146 marked as a demonstrative<br>Discussion re Defense (He) counsel line of questioning with witness | |
| 6146 | | 2:54 p.m. | X | X | Court reconvened. All parties present. Jurors not present.<br>Defense (He) exhibit 6146 marked and admitted<br>Discussion re exhibit 6704<br>Defense (He) questions the witness re exhibit 6704 | |
| | | 2:59 pm. | | | Jurors present.<br>Defense cross-examination of witness<br>Kristin D. Bowen | |
| 1340 | | | X | | Government exhibit 1340 previously admitted | |
| | 6649 | | X | X | Defense (He) exhibit 6649 marked and admitted | |
| 356 | | | X | | Government exhibit 356 previously admitted | |
| 359 | | | X | | Government exhibit 359 previously admitted | |
| | 6275 (T) | | X | | Defense (He) exhibit 6275(T) marked and admitted | |
| | 6362 | | X | X | Defense (He) exhibit 6362 marked and admitted | |
| | 6276 | | X | X | Defense (He) exhibit 6276 marked and admitted | |
| | 6651 | | X | X | Defense (He) exhibit 6651 marked and admitted | |
| | 6281 | | X | X | Defense (He) exhibit 6281 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6318 | | X | X | Defense (He) exhibit 6318 marked and admitted | |
| | 6282 | | X | X | Defense (He) exhibit 6282 marked and admitted | |
| | 6284 | | X | X | Defense (He) exhibit 6284 marked and admitted | |
| 377 | | | X | | Government exhibit 377 previously admitted | |
| | 6283 | | X | X | Government exhibit 6283 marked and admitted | |
| | | 4:08 p.m. | | | Jurors excused until October 9, 2025 at 9:15 a.m. Discussion re Defense (He) Exhibits 5192 and 5193 Discussion re upcoming witness – scope of direct examination has changed | |
| | | 4:42 p.m. | | | Court adjourned until October 9, 2025 at 9:15 a.m. | |