# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:24-cr-00329-CRB-1, 2
Case Name: USA v. Ruthia He and David Brody

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Kristina Green, Jacob Foster, Emily Gurskis, Arun Bodapati | Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| October 9, 2025 | Ruth Levine Ekhaus | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:19 a.m. |  |  | Judge cried-in. All parties present. All jurors present. Defense (He) cross-examination of witness **Kristin D. Bowen** |  |
|  | 6285 |  | X | X | Defense (He) exhibit 6285 marked and admitted |  |
|  | 6286 |  | X | X | Defense (He) exhibit 6286 marked and admitted |  |
|  | 6273 |  | X | X | Defense (He) exhibit 6273 marked and admitted |  |
| 320 |  |  | X |  | Government exhibit previously admitted |  |
| 389 |  |  | X | X | Government exhibit 389 Email from Done Provider Support BCC David Brody et al. re New EHR Features Coming Soon! |  |
|  | 6291 |  | X | X | Defense (He) exhibit 6291 marked and admitted |  |
|  | 6292 |  | X | X | Defense (He) exhibit 6292 marked and admitted |  |
|  | 6293 |  | X | X | Defense (He) exhibit 6293 marked and admitted |  |
|  | 6294 |  | X | X | Defense (He) exhibit 6294 marked and admitted |  |
|  | 6295 |  | X | X | Defense (He) exhibit 6295 marked and admitted |  |
|  | 6397 |  | X | X | Defense (He) exhibit 6397 marked and admitted |  |
|  | 6368 |  | X | X | Defense (He) exhibit 6368 marked and admitted |  |
|  | 6298 |  | X | X | Defense (He) exhibit 6298 marked and admitted |  |
|  | 6668 |  | X | X | Defense (He) exhibit 6668 marked and admitted |  |
|  | 6297 |  | X | X | Defense (He) exhibit 6297 marked and admitted |  |
|  | 6718 |  | X | X | Defense (He) exhibit 6718 marked and admitted |  |
| 355 |  |  | X |  | Government exhibit 355 previously admitted |  |
|  | 6667 |  | X | X | Defense (He) exhibit 6667 marked and admitted |  |
|  | 6664 |  | X | X | Defense (He) exhibit 6664 marked and admitted |  |
|  |  | 10:26 a.m. |  |  | Court in recess |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:46 a.m. | | | Court reconvened. All parties present. All jurors present. Government re-direct examination of witness Kristin D. Bowen | |
| 355 | | | X | | Government exhibit 355 previously admitted | |
| 320 | | | X | | Government exhibit 320 previously admitted | |
| 389 | | | X | | Government exhibit 389 previously admitted | |
| | 6275 (T) | | X | | Defense (He) exhibit 6275 (T) previously admitted | |
| 958 | | | X | X | Government exhibit 958 marked and admitted | |
| 3054 | | | X | X | Government exhibit 3054 Page 1, Section 4 and Section 5 only - marked and admitted | |
| 1418 | | | X | | Government exhibit 1418 previously admitted | |
| 1468 | | | X | | Government exhibit 1468 previously admitted | |
| | 6028 | | X | | Defense (He) exhibit 6028 previously admitted | |
| | 6264 | | X | | Defense (He) exhibit 6264 previously admitted | |
| | | 11:21 a.m. | | | Witness excused | |
| | | 11:22 a.m. | | | Government witness sworn **Melissa Ann Emmerth** | |
| | | 11:38 a.m. | | | Defense (He) cross-examination of witness Melissa Ann Emmerth | |
| | 9065 | | X | | Defense (He) exhibit 9065 marked | |
| | 6711 | | X | | Defense (He) exhibit 6711 marked | |
| | 6705 | Redacted | X | X | Defense (He) exhibit 6705-Redacted marked and admitted | |
| | 6711 | | X | X | Defense (He) exhibit 6711 marked and admitted | |
| | | 12:08 p.m. | | | Defense (Brody) cross-examination of witness Melissa A. Emmerth | |
| | | 12:08 p.m. | | | Government re-direct examination of witness Melissa E. Emmerth | |
| | | 12:08 p.m. 12:09 p.m. 12:34 p.m. | | | Witness excused. Court provided the jurors with trial schedule through October 20, 2025. Jurors excused until October 14, 2025 at 9:15 a.m. Court discussed the progress of the case and preliminary matters. Discussion re Defense (He) exhibit 6711. Court adjourned until October 14, 2025 at 9:15 a.m. | |