# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   October 14, 2025                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Ruth Levine Ekhaus
Time: 5 Hours and 28 Minutes
Case No.: CR24-0329-1, 2 CRB
Case Name:  USA v. Ruthia He (Present)(Custody), David Brody (Present)

Attorney(s) for Government:  Kristina Green, Jacob Foster, Emily Gurkis, Arun Bodapati
Attorney(s) for Defendant(s):  Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay
Interpreter: Barbara Hua Robinson, Jeff Dinn (Mandarin)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Further jury trial set for October 15, 2025 at 9:15 a.m.

Witnesses Sworn: Nikita Mercado,

Government Exhibits Marked and Admitted: 45, 60, 71, 121, 135, 141, 143, 144, 147, 151, 160, 161, 174, 186, 188, 205, 209, 214, 215, 216, 217, 221, 223, 224, 239, 267, 276, 282, 318, 338, 350, 369, 372, 374, 411, 420, 438, 444, 451, 640, 698, 875, 643, 661, 761, 787, 800, 865, 866, 870, 873, 880, 886, 887, 902, 905, 912, 913, 940, 951,  1201, 1260, 1269, 1270, 1276, 1345, 1368, 1436, 1466, 1819, 1822, 1823, 2624, 2654, 3039, 3046, 3047

Defense Exhibits Marked and Admitted: 5202, 6412, 6412(a), 6414, 6418, 6420, 6421, 6423, 6424, 6427, 6433, 6434, 6436, 6437, 6437(a), 6838, 6439, 6428, 6457, 6458, 6464, 6471, 6474, 6475, 6482

Defense Exhibits Marked: 9045 (Demonstrative)