# EXHIBIT A

| | |
|---|---|
| From: | DAVID BRODY [davidbrody25@comcast.net] |
| Sent: | 8/11/2020 3:37:43 AM |
| To: | Ruthia He [r@donefirst.com] |
| Subject: | Re: Applying to NY license |

One of these days, if we ever get time, I will regale you with some of the long sad stories that will be fictionalized in my book exposing the corrupt debacle that is American Health care and how I have personally suffered injuries and abuse in my attempts to make it better.
... sounds very dramatic, I know but only Very slightly Exaggerated.

What does this have to do with license application? This:
I have never met Dori. I assume you have. I have learned the hard way that people, especially people you outrank but are NOT in your direct "chain of command " can act very nice on the surface but proceed to undercut you and/ or resent you when you start telling (or "asking") them what to do. You know, the "you're not my boss" thing.

I am NOT saying Dori is like this. As I have never met her, I do not know how she is, but would prefer to play it on the safe side.
So my ideal would be to avoid the potential problem by not being the one to tell her what to do.

I'm assuming that you, as the CEO of Done (please remember that I'm not part of Done, but simply a professional corporation using Done for management services☺), can direct Dori as to her responsibilities with regards to any work necessary due to the fact I am now interacting with her company.

I hope I'm not making things too difficult. I am just feeling my way in a new (only a few days old!) situation, and trying to be cautious.
Many thanks,
db

On 08/10/2020 8:11 PM Ruthia He <r@donefirst.com> wrote:


Thanks for sending this over. I like this kind of communication and you can ask Dori to fill out the form, if you're comfortable with sharing sensitive info like social security number! She worked in the healthcare for 10 years.

Sorry I was in between the meetings or could have communicated better.



On Mon, Aug 10, 2020 at 8:05 PM DAVID BRODY < davidbrody25@comcast.net> wrote:
Hi Ruthia,
I don't think I communicated enough about my view of the process of getting licensed in other states.

It is a bureaucratic process, most of which can be done by clerical and/or administrative personnel. Therefore, it is not a good use of a doctor's time for her or him to do anything involved in that process that cannot be done by clerical and/or administrative personnel.

I was honestly expecting that someone at Done fitting that description would be finding out how much the license costs, would pay the fee and fill out all forms using the raw information I supply, have them signed by me in the most convenient way possible, and send it off. Virtually all my information should be already in the

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DONE HEALTH SUBJECT TO FEDERAL RULES OF CRIMINAL PROCEDURE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT NO. 0089
CASE NO.: 3:24-cr-00329-CRB
DATE ENTERED_____
BY_____
DEPUTY CLERK

DONEHEALTH_00750326
DONE-DOJ-0002548957
TX 0089.0001

CV I will supply-it is easy to transfer that to any application. Again, that is not something a physician should have to do.

As you already know, I'm not a big fan of paperwork. I already am enjoying the position at Done because I get to think, problem solve using my experience and communication skills, without a lot of paperwork at the end to kind of ruin it, to be honest.

I hope that no one at Done minds being asked to do anything they are capable of doing to expedite processes like this, to keep me freed up to do what only a physician can do.

Thanks for your attention and I'm sure we'll talk soon!
DB
On 08/10/2020 11:21 AM Ruthia He < r@donefirst.com> wrote:


Dr. Brody,

Dori should be able to assist you to apply for a NY license.

Please send her the information related to the application.

Best
On 08/10/2020 11:21 AM Ruthia He < r@donefirst.com> wrote:


Dr. Brody,

Dori should be able to assist you to apply for a NY license.

Please send her the information related to the application.

Best,
Ruthia  On 08/10/2020 11:21 AM Ruthia He < r@donefirst.com> wrote:


Dr. Brody,

Dori should be able to assist you to apply for a NY license.

Please send her the information related to the application.

Best,
Ruthia