# EXHIBIT B

From: +16502859846 _$!<Other>!$_ (owner)

Liked "Ok, do you mind if I continue my thought now and please don't read it til the morning?"

Status: Sent

9/26/2020 7:16:02 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD68D4 (Table: message; Size: 153096192 bytes)

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

Turn yourphone off!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:16:24 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBE93F2 (Table: message, handle; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

Will do!

Status: Sent

9/26/2020 7:16:39 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBC2A75 (Table: message; Size: 153096192 bytes)

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

Just kidding (sort of)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:16:44 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD451B (Table: message, handle; Size: 153096192 bytes)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0126**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED_____

BY_____
DEPUTY CLERK

He-Phone-0001141893

SUPP_PROD2_0000000931

TX 0126.0001

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

**Good night**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:16:55 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xBE88D8 (Table: message, handle; Size: 153096192 bytes)

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

So self centered thoughts continued... when I joined, one of the big attractions was not doing any clinical work. It's a paradox, I love my patients but I hate the process of treating them. As I already described, it's too stressful hearing about suicide, conflicts, pain illness and death all day long.  I know I signed up for it but I truly didn't know what I was getting into.  So far, I'm finding the work with Done very refreshing because I don't have that kind of stress from it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:22:58 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBC1F75 (Table: message, handle; Size: 153096192 bytes)

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

So when I saw the thing about  temporary license for NJ I assumed you were asking me ( and other people)  if we wanted to apply.  I always want to help out  so that part of me wants to say yes, but I  think it would be against my better judgment.  I found don't already know I will tell you now that I love to say that I don't even want to be a doctor at all, but a hummingbird photographer to make my living and perhaps science fiction  writer on the side when my hands get too tired of pressing the shutter.  What I'm trying to say with that ridiculous fantasy is that now that I have a "bite" on my creative writing I wouldn't forgive myself if I didn't try to take advantage of it, so I need to reserve significant time for that. Whether I make any money at all from that is completely irrelevant, it's all about getting readership.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:32:11 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD39A5 (Table: message, handle; Size: 153096192 bytes)

He-Phone-0001141893

SUPP_PROD2_0000000932                213

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

I think I've said what I wanted to say for now-thanks for "listening."

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:32:48 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBE7874 (Table: message, handle; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

Thanks for bringing this up. It was Amberlee told me she remember a NP has NJ license and she will check

Status: Sent

9/26/2020 7:40:03 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBC0F75 (Table: message; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

So i sent her the temp license

Status: Sent

9/26/2020 7:40:11 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD2F75 (Table: message; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

It's not for you! But thanks for clarifying

Status: Sent

9/26/2020 7:40:41 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBE627F (Table: message; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

I think ideally we need to have a Lead NP to do it but I'm still hesitating who to bring in

Status: Sent

9/26/2020 7:41:01 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBBFF75 (Table: message; Size: 153096192 bytes)

He-Phone-0001141893

SUPP_PROD2_0000000933

TX 0126.0003

From: +16502859846 _$!<Other>!$_ (owner)

Maybe Liz is still the best option for now - though she is probably inexperienced

Status: Sent

9/26/2020 7:41:31 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD1F75 (Table: message; Size:
153096192 bytes)

From: +14158477899 David Brody
To: +16502859846 _$!<Other>!$_ (owner)

I thought you weren't going to read it until the morning!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16502859846 _$!<Other>!$_ | | | |

Status: Read

9/26/2020 7:43:22 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBE4A17 (Table:
message, handle; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

It's fine if you can help find the lead NP it'd be great

Status: Sent

9/26/2020 7:43:58 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBBC29B (Table:
message; Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

Or if you know of any nurse practitioner you worked with in the past

Status: Sent

9/26/2020 7:44:13 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xBD0F75 (Table: message;
Size: 153096192 bytes)

From: +16502859846 _$!<Other>!$_ (owner)

Who are good at this type of stuffs

Status: Sent

9/26/2020 7:44:26 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-001E35313C10001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0xBE3A6B (Table: message; Size: 153096192 bytes)