Trial Exhibit 6395

| | |
|---|---|
| **Sent**: | 11/28/2021 12:00:38 AM |
| **To**: | Nikita Mercado <nikita@donefirst.com> [nikita@donefirst.com]; Stalina Mercado <stalina@donefirst.com> [stalina@donefirst.com]; Princess Dela Rosa <princess@donefirst.com> [princess@donefirst.com]; Alyssa Dasalla <alyssa@donefirst.com> [alyssa@donefirst.com]; Arnold Jimenez <arnold@donefirst.com> [arnold@donefirst.com]; Elizabeth <elizabeth@donefirst.com> [elizabeth@donefirst.com]; Ryan Lacsina <ryan@donefirst.com> [ryan@donefirst.com]; Jamibell Par <jamibell@donefirst.com> [jamibell@donefirst.com]; Danielle Guinto <danielle@donefirst.com> [danielle@donefirst.com]; Jack Lee <jacklee@donefirst.com> [jacklee@donefirst.com]; Mikaela Tiglao <mikaela@donefirst.com> [mikaela@donefirst.com]; Cezna Nunag <cezna@donefirst.com> [cezna@donefirst.com]; Mike Xu <mike@donefirst.com> [mike@donefirst.com]; Patricia Poblete <patricia@donefirst.com> [patricia@donefirst.com]; Patti Eleazar <patti@donefirst.com> [patti@donefirst.com]; Diane Dela Fuente <diane@donefirst.com> [diane@donefirst.com]; Frederick Pangilinan <frederick@donefirst.com> [frederick@donefirst.com]; Ezekiel Caylao <ezekiel@donefirst.com> [ezekiel@donefirst.com]; Therese Arguelles <therese@donefirst.com> [therese@donefirst.com]; Ezra Ong <ezra@donefirst.com> [ezra@donefirst.com]; John Mendoza <john@donefirst.com> [john@donefirst.com]; Sandy Montealegre <cayenne@donefirst.com> [cayenne@donefirst.com]; Angelica Magaling <angelica@donefirst.com> [angelica@donefirst.com]; Patrice Crowell <patrice@donefirst.com> [patrice@donefirst.com]; Percy Prado <percy@donefirst.com> [percy@donefirst.com]; Marlet Rio Yumul <rio@donefirst.com> [rio@donefirst.com]; Mark Dela Cruz <mark@donefirst.com> [mark@donefirst.com]; Kirvy Dizon <kirvy@donefirst.com> [kirvy@donefirst.com]; Michell Huynh <michell@donefirst.com> [michell@donefirst.com]; Amielle Guinto <amielle@donefirst.com> [amielle@donefirst.com]; Audrey Guinto <audrey@donefirst.com> [audrey@donefirst.com]; Hanna Frial <hanna@donefirst.com> [hanna@donefirst.com]; Tin Del Rosario <tin@donefirst.com> [tin@donefirst.com]; teresa guinto <teresa@donefirst.com> [teresa@donefirst.com]; Khay Cruz <khay@donefirst.com> [khay@donefirst.com]; Caffrey Villaflores <caffrey@donefirst.com> [caffrey@donefirst.com]; Genova Dumayago <gen@donefirst.com> [gen@donefirst.com]; Agnes Escosio <agnes@donefirst.com> [agnes@donefirst.com]; Hadji Delos Santos <hadji@donefirst.com> [hadji@donefirst.com]; Jericho Mallari <jericho@donefirst.com> [jericho@donefirst.com]; Charlene Florano <charlene@donefirst.com> [charlene@donefirst.com]; Pia Ong <pia@donefirst.com> [pia@donefirst.com]; Rhea Lee <rhea@donefirst.com> [rhea@donefirst.com]; Marigold Castro <marigold@donefirst.com> [marigold@donefirst.com]; Sha Caylao <sha@donefirst.com> [sha@donefirst.com]; Karl Estiva <karl@donefirst.com> [karl@donefirst.com]; Robin Aqui <robin@donefirst.com> [robin@donefirst.com]; Leoncio Bondoc <leoncio@donefirst.com> [leoncio@donefirst.com]; Trizzia Mae Mabale <trizzia@donefirst.com> [trizzia@donefirst.com]; Lhen Dumlao <rubylyn@donefirst.com> [rubylyn@donefirst.com]; Carol Bayot <carol@donefirst.com> [carol@donefirst.com]; Iris Joi Dimaano <irisjoi@donefirst.com> [irisjoi@donefirst.com]; Patrick Roque <patrick@donefirst.com> [patrick@donefirst.com]; Cy Atanoso <cyril@donefirst.com> [cyril@donefirst.com]; Khryss <ellaine@donefirst.com> [ellaine@donefirst.com]; Alyssa Gaiska Bauso <gaiska@donefirst.com> [gaiska@donefirst.com]; Sheena Rivero <sheena@donefirst.com> [sheena@donefirst.com]; Bien Medel <bien@donefirst.com> [bien@donefirst.com]; Angeline Co Ting <angeline@donefirst.com> [angeline@donefirst.com]; Aimee Limiac <aimee@donefirst.com> [aimee@donefirst.com]; Irish Pineda <irish@donefirst.com> [irish@donefirst.com]; Rose Morales <maryrose@donefirst.com> [maryrose@donefirst.com]; Tabitha Bagang <tabitha@donefirst.com> [tabitha@donefirst.com]; Regine Maratas <regine@donefirst.com> [regine@donefirst.com]; Mary Brizo <mary@donefirst.com> [mary@donefirst.com]; Clarisse Garcia <clarisse@donefirst.com> [clarisse@donefirst.com]; Ruth Maye Dumlao <ruthmaye@donefirst.com> [ruthmaye@donefirst.com]; Myrryll Payopay <myrryll@donefirst.com> [myrryll@donefirst.com]; Bernadette Grace Bauyon <bernadettegrace@donefirst.com> [bernadettegrace@donefirst.com]; Kristine Avila <kavila@donefirst.com> [kavila@donefirst.com]; Sean Ramos <sean@donefirst.com> [sean@donefirst.com]; Krischelle Majestrado <krischelle@donefirst.com> [krischelle@donefirst.com]; Kenth Jarabelo <kenth@donefirst.com> [kenth@donefirst.com]; CalvinEd Patrimonio <calvined@donefirst.com> [calvined@donefirst.com]; Joyce Dela Cruz <maryjoyce@donefirst.com> [maryjoyce@donefirst.com]; IreneDesiree Hernandez <irenedesiree@donefirst.com> [irenedesiree@donefirst.com]; Ana Mae Gozun <anamae@donefirst.com> [anamae@donefirst.com]; ArianeMae Masangkay <arianemae@donefirst.com> [arianemae@donefirst.com]; Christian Miranda <christian@donefirst.com> [christian@donefirst.com]; Jessa Balingbing <jessa@donefirst.com> [jessa@donefirst.com]; Grace <marygraceann@donefirst.com> [marygraceann@donefirst.com]; Acel Resuello <rhacel@donefirst.com> [rhacel@donefirst.com]; Alexa Macapangal <alexa@donefirst.com> [alexa@donefirst.com]; Zandra Sudario <zandra@donefirst.com> [zandra@donefirst.com]; Bianca Rohr <bianca@donefirst.com> [bianca@donefirst.com]; Angela Mae Legaspi <angelam@donefirst.com> [angelam@donefirst.com]; Mark Shayne Colegio <marks@donefirst.com> [marks@donefirst.com]; Leony Balaoro <leony@donefirst.com> [leony@donefirst.com]; Mark Anthony Naval <markn@donefirst.com> [markn@donefirst.com]; Eunice Dorado <eunice@donefirst.com> |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DONE
HEALTH SUBJECT TO FEDERAL RULES OF CRIMINAL PROCEDURE 6(e)

DONEHEALTH_00246082

DONE-DOJ-0001727710

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT NO. 6395**
CASE NO. 3:24-cr-00329-CRB
DATE ENTERED_____
BY_____
            DEPUTY CLERK

TX 6395.0001

[eunice@donefirst.com]; Jen Romero <riza@donefirst.com> [riza@donefirst.com]; Laura Jane Obong <laura@donefirst.com> [laura@donefirst.com]; BeaMarie Mariano <beamariem@donefirst.com> [beamariem@donefirst.com]; Jazzelle Calma <jazzelle@donefirst.com> [jazzelle@donefirst.com]; Rizalina Lasdoce <rizalinal@donefirst.com> [rizalinal@donefirst.com]; Lorilee Ducut <lorilee@donefirst.com> [lorilee@donefirst.com]; Trick Malicdem <patrickm@donefirst.com> [patrickm@donefirst.com]; Cristina Arriola <cristina@donefirst.com> [cristina@donefirst.com]; Neress Atienza <neress@donefirst.com> [neress@donefirst.com]; Julie Ann Bergonio <julie@donefirst.com> [julie@donefirst.com]; Aileen Gopez-Call Support <aileen@donefirst.com> [aileen@donefirst.com]; Jasmagne Carbonell <jasmagne@donefirst.com> [jasmagne@donefirst.com]; May Del Mando <maylene@donefirst.com> [maylene@donefirst.com]; Kristine Caparaz <kristine@donefirst.com> [kristine@donefirst.com]; Joshua Dela Rosa <joshuad@donefirst.com> [joshuad@donefirst.com]; Gizel Caerlang <gizel@donefirst.com> [gizel@donefirst.com]; Bong <glerrybong@donefirst.com> [glerrybong@donefirst.com]; Cryzel Bucud <cryzel@donefirst.com> [cryzel@donefirst.com]; Myron Falkner <myron.falkner@donefirst.com> [myron.falkner@donefirst.com]; Rodnel John Anunciacion <rodnel@donefirst.com> [rodnel@donefirst.com]; Romela Belga Brusola <romela@donefirst.com> [romela@donefirst.com]; Lou Marie Bustos <loumarie@donefirst.com> [loumarie@donefirst.com]; Ma Jesusa Dela Cruz <majesusa@donefirst.com> [majesusa@donefirst.com]; Nikkie Galang <nikgalang@donefirst.com> [nikgalang@donefirst.com]; Dwayne Emborgo <dwayne@donefirst.com> [dwayne@donefirst.com]; Bakhtawer Baloch <bakhtawer@donefirst.com> [bakhtawer@donefirst.com]; Mark Jerico Bie <markjerico@donefirst.com> [markjerico@donefirst.com]; Lauren Henderson <lauren@donefirst.com> [lauren@donefirst.com]; Jeal Rubin <jealinor@donefirst.com> [jealinor@donefirst.com]; Mutya Elaine Sayao <mutya@donefirst.com> [mutya@donefirst.com]; Diane Zapanta <dianez@donefirst.com> [dianez@donefirst.com]; Angelica Reyes <angelicar@donefirst.com> [angelicar@donefirst.com]; Maverick Pamintuan <maverickp@donefirst.com> [maverickp@donefirst.com]; Patrishia Monique Martinez <monique@donefirst.com> [monique@donefirst.com]; Honeyleen Pangyarihan <honeyleen@donefirst.com> [honeyleen@donefirst.com]; Maribel Labadia <maribel@donefirst.com> [maribel@donefirst.com]; Meliza Zia Fernandez <melizazia@donefirst.com> [melizazia@donefirst.com]; Shenhui Pan <shenhui@donefirst.com> [shenhui@donefirst.com]; Danikka Mae Tiongco <danikka@donefirst.com> [danikka@donefirst.com]; Raquel Viernes <raquelv@donefirst.com> [raquelv@donefirst.com]; Remedios Escalona <remedios@donefirst.com> [remedios@donefirst.com]; Renzo Tapang Malig <renzo@donefirst.com> [renzo@donefirst.com]; Joshua Dela Cruz <markjoshua@donefirst.com> [markjoshua@donefirst.com]; Arianne Maddela <arianne@donefirst.com> [arianne@donefirst.com]; Teresa Roldan <teresaroldan@donefirst.com> [teresaroldan@donefirst.com]; Derick Gaddi <derick@donefirst.com> [derick@donefirst.com]; Aubrey Roque <aubrey@donefirst.com> [aubrey@donefirst.com]; Jingky Sigua <jingky@donefirst.com> [jingky@donefirst.com]; Everlyn Fernandez <everlyn@donefirst.com> [everlyn@donefirst.com]; Kristelyn Ricablanca <kristelyn@donefirst.com> [kristelyn@donefirst.com]; Anas Albaghdadi <anas@donefirst.com> [anas@donefirst.com]; Dan Bryan Renon <danbryan@donefirst.com> [danbryan@donefirst.com]; Regiely Busay <regiely@donefirst.com> [regiely@donefirst.com]; Asher Shemuel Antoco <asher@donefirst.com> [asher@donefirst.com]; Aprily Mari Soliva <aprily@donefirst.com> [aprily@donefirst.com]; Jasper Bravo <jasperb@donefirst.com> [jasperb@donefirst.com]; Silver Antonio <silver@donefirst.com> [silver@donefirst.com]; Janine Fernandez <janine@donefirst.com> [janine@donefirst.com]; Kelly Gen Tiongco <kellygen@donefirst.com> [kellygen@donefirst.com]; Eunice Mae Bonador <eunicemae@donefirst.com> [eunicemae@donefirst.com]; Gale Medina <cmedina@donefirst.com> [cmedina@donefirst.com]; Angelyn Anonuevo <angelyn@donefirst.com> [angelyn@donefirst.com]; Christine Jane Estrada <christinejane@donefirst.com> [christinejane@donefirst.com]; Rona Mae Justine Baquiran <ronamae@donefirst.com> [ronamae@donefirst.com]; Liza Velasco <lizav@donefirst.com> [lizav@donefirst.com]; Sara Faber <sara@donefirst.com> [sara@donefirst.com]; Hua Jun <harry@donefirst.com> [harry@donefirst.com]; Carlito Castro <carlito@donefirst.com> [carlito@donefirst.com]; Angelyn Pingol <angelynp@donefirst.com> [angelynp@donefirst.com]; John David Siaboc <jsiaboc@donefirst.com> [jsiaboc@donefirst.com]; Jason <jasonjin@donefirst.com> [jasonjin@donefirst.com]; Aaron Cate <aaron@donefirst.com> [aaron@donefirst.com]; Angel Ramos <angeliza@donefirst.com> [angeliza@donefirst.com]; Trishia Pineda <trishiap@donefirst.com> [trishiap@donefirst.com]; Angelyn Quizon <angelynq@donefirst.com> [angelynq@donefirst.com]; Paul Guda <jguda@donefirst.com> [jguda@donefirst.com]; Regine Bantola <rbantola@donefirst.com> [rbantola@donefirst.com]; Casey Rogers <casey@donefirst.com> [casey@donefirst.com]; Jasmine <jasmine@donefirst.com> [jasmine@donefirst.com]; Lourdes Bonifacio <lourdes@donefirst.com> [lourdes@donefirst.com]; Jennalyn Tulabut <jennalyn@donefirst.com> [jennalyn@donefirst.com]; Christine Balana <cbalana@donefirst.com> [cbalana@donefirst.com]; Rayve Sison <rayve@donefirst.com> [rayve@donefirst.com]; Melouin Rapadas <mrapadas@donefirst.com> [mrapadas@donefirst.com]; Annelisa Perocho <annelisa@donefirst.com> [annelisa@donefirst.com]; Salve Fernandez <salve@donefirst.com> [salve@donefirst.com]; Catherine Lumantas <catherinel@donefirst.com> [catherinel@donefirst.com]; Klein

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DONE
HEALTH SUBJECTTO FEDERAL RULES OF CRIMINAL PROCEDURE 6(e)

DONEHEALTH_00246083

TX 6395.0002

DONE-DOJ-0001727711

Montenegro <klein@donefirst.com> [klein@donefirst.com]; Micka Angela Aguado <maguado@donefirst.com> [maguado@donefirst.com]; Gene Montealegre <gmontealegre@donefirst.com> [gmontealegre@donefirst.com]; Cristian Joy Manzano <cmanzano@donefirst.com> [cmanzano@donefirst.com]; Terri Shay <terri@donefirst.com> [terri@donefirst.com]; Janette Luna <jluna@donefirst.com> [jluna@donefirst.com]; Argie Paruli <argiep@donefirst.com> [argiep@donefirst.com]; Xiaowei Yuan <xiaowei@donefirst.com> [xiaowei@donefirst.com]; Andrea Pasamonte <andreap@donefirst.com> [andreap@donefirst.com]; Patrick Villareal <pvillareal@donefirst.com> [pvillareal@donefirst.com]; Joseph Tolentino <joseph@donefirst.com> [joseph@donefirst.com]; Deb Gomez <Deb@donefirst.com> [deb@donefirst.com]; Jean Susette Ortilla <jeansusette@donefirst.com> [jeansusette@donefirst.com]; Sharmane Almazan <sharmane@donefirst.com> [sharmane@donefirst.com]; Alma Pamittan <alma@donefirst.com> [alma@donefirst.com]; Angeline Besana <angelineb@donefirst.com> [angelineb@donefirst.com]; Keith John Gozun <kgozun@donefirst.com> [kgozun@donefirst.com]; Lea Merced <lea@donefirst.com> [lea@donefirst.com]; Franz Faciolan <franz@donefirst.com> [franz@donefirst.com]; Adrian Michael Lim <adrianlim@donefirst.com> [adrianlim@donefirst.com]; Jacki Duncan <jacki@donefirst.com> [jacki@donefirst.com]; Jerome Ducut <jerome@donefirst.com> [jerome@donefirst.com]; Kimberly Magbag <kimberly@donefirst.com> [kimberly@donefirst.com]; Faye Michelle Ting <faye@donefirst.com> [faye@donefirst.com]; Clayton Bueno <clayton@donefirst.com> [clayton@donefirst.com]; Kyla Cruz <kyla@donefirst.com> [kyla@donefirst.com]; Louise Showers <louise@donefirst.com> [louise@donefirst.com]; Camille Medina <csmedina@donefirst.com> [csmedina@donefirst.com]; Tobias Claudio Galang <tobias@donefirst.com> [tobias@donefirst.com]; Jecel Palencia <jecel@donefirst.com> [jecel@donefirst.com]; Francis Nikko Magbag <fmagbag@donefirst.com> [fmagbag@donefirst.com]; Charlene Durian <cdurian@donefirst.com> [cdurian@donefirst.com]; Patricia Dayrit <pdayrit@donefirst.com> [pdayrit@donefirst.com]; Jennifer Pangilinan <jpangilinan@donefirst.com> [jpangilinan@donefirst.com]; Leah Diega <leah@donefirst.com> [leah@donefirst.com]; Bien Canlas Jr <bienvenido@donefirst.com> [bienvenido@donefirst.com]; Erica Mae Dimabuyu <edimabuyu@donefirst.com> [edimabuyu@donefirst.com]; Nicko Lumbang <nicko@donefirst.com> [nicko@donefirst.com]; Tarah Jane Reyes <tarah@donefirst.com> [tarah@donefirst.com]; Suzanne Chrisielle Batu <suzanne@donefirst.com> [suzanne@donefirst.com]; Angelito Siriban <angelito@donefirst.com> [angelito@donefirst.com]; Lindsey Ricablanca <lindsey@donefirst.com> [lindsey@donefirst.com]; Abegail Quilang <aquilang@donefirst.com> [aquilang@donefirst.com]; Chester John Nepomuceno <cnepomuceno@donefirst.com> [cnepomuceno@donefirst.com]; Jeneamarie Lacanlale <jeneamarie@donefirst.com> [jeneamarie@donefirst.com]; Trizia Gia Paguio <tpaguio@donefirst.com> [tpaguio@donefirst.com]; Joshua Christopher Pierce <jpierce@donefirst.com> [jpierce@donefirst.com]; Kevin Jerusalem <kjerusalem@donefirst.com> [kjerusalem@donefirst.com]; Reylyn Tolentino <reylyn@donefirst.com> [reylyn@donefirst.com]; Edilyn Fuentebella <edilyn@donefirst.com> [edilyn@donefirst.com]; Winlove Andrew Tacuboy <wintacuboy@donefirst.com> [wintacuboy@donefirst.com]; Jenica <jguanlao@donefirst.com> [jguanlao@donefirst.com]; Ralph Rhenz Gorospe <rgorospe@donefirst.com> [rgorospe@donefirst.com]; Nikki Lim <nikki@donefirst.com> [nikki@donefirst.com]; John Renz Gonzales <jgonzales@donefirst.com> [jgonzales@donefirst.com]; Abraham Perez Jr. <aperez@donefirst.com> [aperez@donefirst.com]; Rizza Mhae Cabrera <rcabrera@donefirst.com> [rcabrera@donefirst.com]; Justine Gerald Garcia <jgarcia@donefirst.com> [jgarcia@donefirst.com]; Gladies Cortes <gladies@donefirst.com> [gladies@donefirst.com]; Hazel Bonifacio <hbonifacio@donefirst.com> [hbonifacio@donefirst.com]; Danica May Celestino <dcelestino@donefirst.com> [dcelestino@donefirst.com]; Kimberly Maribbay <kmaribbay@donefirst.com> [kmaribbay@donefirst.com]; Lorraine Queliza <lorraine@donefirst.com> [lorraine@donefirst.com]; Janina Marie Mercado <janina@donefirst.com> [janina@donefirst.com]; Rachel Joy Garcia <rgarcia@donefirst.com> [rgarcia@donefirst.com]; June Ilagan <jilagan@donefirst.com> [jilagan@donefirst.com]; Robelyn Manzon <rmanzon@donefirst.com> [rmanzon@donefirst.com]; Ish Coldura <jcoldura@donefirst.com> [jcoldura@donefirst.com]; Maria Theresa Borgonia <mborgonia@donefirst.com> [mborgonia@donefirst.com]; Heavenly Grace Lagman <hlagman@donefirst.com> [hlagman@donefirst.com]; Michael Angelo David <mdavid@donefirst.com> [mdavid@donefirst.com]; Acee Dalida <acee@donefirst.com> [acee@donefirst.com]; Mark James Nieva <mnieva@donefirst.com> [mnieva@donefirst.com]; Kristine Bernadeth Macalino <bernadeth@donefirst.com> [bernadeth@donefirst.com]; Carlos <emmanuel@donefirst.com> [emmanuel@donefirst.com]; Nick Vander Woude <nick.vanderwoude@donefirst.com> [nick.vanderwoude@donefirst.com]; Marie Criselle Casim <criselle@donefirst.com> [criselle@donefirst.com]; Amanda Mendoza <amanda@donefirst.com> [amanda@donefirst.com]; Mark Angelou Sarne <msarne@donefirst.com> [msarne@donefirst.com]; Michelle Ann Papa <mpapa@donefirst.com> [mpapa@donefirst.com]; Rachel Tapuyao <rtapuyao@donefirst.com> [rtapuyao@donefirst.com]; Christian Derick Bernales <cbernales@donefirst.com> [cbernales@donefirst.com]; Kathy Mondala <kmondala@donefirst.com> [kmondala@donefirst.com]; Arlene Linaja <alinaja@donefirst.com> [alinaja@donefirst.com]; Angielica Magtaas <angielica@donefirst.com> [angielica@donefirst.com]; Shanice

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DONE HEALTH SUBJECT TO FEDERAL RULES OF CRIMINAL PROCEDURE 6(e)

DONEHEALTH_00246084

DONE-DOJ-0001727712

TX 6395.0003

Sacandal <shanice@donefirst.com> [shanice@donefirst.com]; Maica Andrea Sudaria <msudaria@donefirst.com> [msudaria@donefirst.com]; Allaine Tizon <allaine@donefirst.com> [allaine@donefirst.com]; Evelyn Nemeno <enemeno@donefirst.com> [enemeno@donefirst.com]; Annie Mabutol <annie@donefirst.com> [annie@donefirst.com]; Maricar Morales <maricarm@donefirst.com> [maricarm@donefirst.com]; Cindy Castillo <cindy@donefirst.com> [cindy@donefirst.com]; Romeziel Osing <romeziel@donefirst.com> [romeziel@donefirst.com]; Francis Mario Acena <fmacena@donefirst.com> [fmacena@donefirst.com]; Micah Lianne Fernandez <lianne@donefirst.com> [lianne@donefirst.com]; Josette Garcia <josette@donefirst.com> [josette@donefirst.com]; Claribel Ann Salazar <claribel@donefirst.com> [claribel@donefirst.com]; Alfa Baluyut <alfa@donefirst.com> [alfa@donefirst.com]; Rogilem Angcos <rogilem@donefirst.com> [rogilem@donefirst.com]; Hope Ortega <hope@donefirst.com> [hope@donefirst.com]; Christian Albert Cruz <cacruz@donefirst.com> [cacruz@donefirst.com]; Jeffrey Segarra <jsegarra@donefirst.com> [jsegarra@donefirst.com]; Majann Lazo <majan@donefirst.com> [majan@donefirst.com]; Henry Toroy <henry@donefirst.com> [henry@donefirst.com]; Catherine Escartin <cescartin@donefirst.com> [cescartin@donefirst.com]; Shiela Caparaz <shiela@donefirst.com> [shiela@donefirst.com]; Leonard Espera <leonard@donefirst.com> [leonard@donefirst.com]; Yves Sebastian Ramos <yramos@donefirst.com> [yramos@donefirst.com]; Joanna Marie Arcega <jarcega@donefirst.com> [jarcega@donefirst.com]; Jeca Mae Ramis <jramis@donefirst.com> [jramis@donefirst.com]; Jo Carlos <jcarlos@donefirst.com> [jcarlos@donefirst.com]; Jed Wil Tomas <jtomas@donefirst.com> [jtomas@donefirst.com]; Colleen Fritziemei Salvador <csalvador@donefirst.com> [csalvador@donefirst.com]; Renzelle Joseph Reyes <rreyes@donefirst.com> [rreyes@donefirst.com]; Jerikko Pineda <jerikko@donefirst.com> [jerikko@donefirst.com]; Mariel Amparado <mamparado@donefirst.com> [mamparado@donefirst.com]; Alita Samaniego <alita@donefirst.com> [alita@donefirst.com]; Loren Grace Lumague <lglumague@donefirst.com> [lglumague@donefirst.com]; Cherry Rose de Belen <cdebelen@donefirst.com> [cdebelen@donefirst.com]; Arnim Queen Lais <arnim@donefirst.com> [arnim@donefirst.com]; Hazelyn Cube <hcube@donefirst.com> [hcube@donefirst.com]; Jennifer Rood <Jenniferrood@donefirst.com> [jenniferrood@donefirst.com]; Anton David Toy <anton@donefirst.com> [anton@donefirst.com]; Kyla Villamor <kvillamor@donefirst.com> [kvillamor@donefirst.com]; Mary Joy Dela Cruz <maryjoy@donefirst.com> [maryjoy@donefirst.com]; Elaine Sanchez <elaine@donefirst.com> [elaine@donefirst.com]; Cyrill M. Dela Cruz <cmaniago@donefirst.com> [cmaniago@donefirst.com]; Priscilla Henson <priscilla@donefirst.com> [priscilla@donefirst.com]; Jeanne Dionicio <jeanne@donefirst.com> [jeanne@donefirst.com]; Lyndon John Tababan <lyndon@donefirst.com> [lyndon@donefirst.com]; Arjay Agustin <aagustin@donefirst.com> [aagustin@donefirst.com]; Narciso Mendiola <narciso@donefirst.com> [narciso@donefirst.com]; Ronell Dela Cruz <ronell@donefirst.com> [ronell@donefirst.com]; Maria Catherine Joy Francisco <mfrancisco@donefirst.com> [mfrancisco@donefirst.com]; Jodiane Tolentino <jodiane@donefirst.com> [jodiane@donefirst.com]; Kamil Mondez <cmondez@donefirst.com> [cmondez@donefirst.com]; Mei Lin Hao <meilin@donefirst.com> [meilin@donefirst.com]; Patrick James Lacarta <placarta@donefirst.com> [placarta@donefirst.com]; Beverly Anne Dalayap <beverly@donefirst.com> [beverly@donefirst.com]; Ronald Acurantes <ronald@donefirst.com> [ronald@donefirst.com]; Hannah Parilla <hannah@donefirst.com> [hannah@donefirst.com]; Leslie Palomar <leslie@donefirst.com> [leslie@donefirst.com]; Ramon Christopher Magtangob <ramon@donefirst.com> [ramon@donefirst.com]; April Beringuel <april@donefirst.com> [april@donefirst.com]; Amiella Kristine Fujinaga <afujinaga@donefirst.com> [afujinaga@donefirst.com]; Karen Joyz Cruz <joyz@donefirst.com> [joyz@donefirst.com]; Zelle Valenzuela <zelle@donefirst.com> [zelle@donefirst.com]; Jan Aycee Dy <janaycee@donefirst.com> [janaycee@donefirst.com]; Dwight Genesis Pansoy <dpansoy@donefirst.com> [dpansoy@donefirst.com]

**Subject**: myron_falkner_support_channel - 2021-11-28T00:00:38 - 2021/11/27

**Myron Falkner**
11/28/2021 12:00:38 AM
Cheryle Cooke need an evaluation prior to getting another prescription. I conveyed this message to her on several occasions and she no-showed to her last two appointments. Can we reach out and inform her that she is at-risk of discharge?

**Derick Gaddi**
11/28/2021 12:01:34 AM
Kindly reach out to the patient please? Thank you.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DONE
HEALTH SUBJECTTO FEDERAL RULES OF CRIMINAL PROCEDURE 6(e)

DONEHEALTH_00246085

TX 6395.0004

DONE-DOJ-0001727713