**WILLKIE FARR & GALLAGHER LLP**
Koren Bell (SBN 268614)
  kbell@willkie.com
2029 Century Park East
Los Angeles, CA 90067
T: 310-855-3016
F: 310-855-3099

Michael S. Schachter (*Pro Hac Vice*)
Steven J. Ballew (*Pro Hac Vice*)
  mschachter@willkie.com
  sballew@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
T: 212-728-8102
F: 212-728-9102

Attorneys for Defendant
RUTHIA HE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>Defendants. | CASE NO. 3:24-cr-00329-CRB<br><br>**JOINT STIULATION RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE** ORDER |

JOINT STIPULATION RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE
Case No. 3:24-cr-00329-CRB

The parties, by and through their respective undersigned counsel, hereby stipulate and agree to the following post-trial motion and sentencing schedule, and respectfully request that the Court adopt these dates as set forth in the accompanying Proposed Order:

| Date | Event |
|------|-------|
| Thursday, February 12 | Defense Post-Trial Briefs Due |
| Thursday, March 12 | Government Responses Due |
| Thursday, March 26 | Defense Replies Due |
| Monday, March 30 | Sentencing Memoranda Due |
| Thursday, April 9 | Responses to Sentencing Memoranda Due |
| Wednesday, April 15 at 10 AM | Sentencing |

IT IS SO STIPULATED.

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By:     /s/ Koren Bell
        Koren Bell
        Michael S. Schachter
        Steven J. Ballew

        *Attorneys for Defendant*
        RUTHIA HE

        CRAIG H. MISSAKIAN
        United States Attorney
         /s/
        JACOB FOSTER
        Acting Deputy Chief
        EMILY GURSKIS
        Assistant Chief
        ARUN BODAPATI
        Trial Attorney
        Department of Justice
        Criminal Division, Fraud Section

        KRISTINA GREEN
        Assistant United States Attorney
        THE CHAPMAN FIRM
        /s/ Ronald W. Chapman
        Ronald W. Chapman, II, LL.M.

1

JOINT STIPULATION RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE
Case No. 3:24-cr-00329-CRB

133805120.v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWLING DEFENSE GROUP
/s/ John J. Dowling III.
John J. Dowling III.

*Attorneys for Defendant*
DAVID BRODY

2

JOINT STIPULATION RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE
Case No. 3:24-cr-00329-CRB

133805120.v1

1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3

4

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329-CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE |
| v. | |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2        IT IS HEREBY ORDERED that the following schedule shall be set for post-trial motions

3  and sentencing:

4

| Date | Event |
|------|-------|
| Thursday, February 12 | Defense Post-Trial Briefs Due |
| Thursday, March 12 | Government Responses Due |
| Thursday, March 26 | Defense Replies Due |
| Monday, March 30 | Sentencing Memoranda Due |
| Thursday, April 9 | Responses to Sentencing Memoranda Due |
| Wednesday, April 15 at 10 AM | Sentencing |

9

**IT IS SO ORDERED.**

10

11

Dated:  January 14, 2026

12

_____

13                                        HON. CHARLES R. BREYER
Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER RE: POST-TRIAL MOTION AND SENTENCING SCHEDULE
Case No. 3:24-cr-00329-CRB

133805116.v1