UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RUTHIA HE, A/K/A RUJIA HE, and
DAVID BRODY,

        Defendants.

CASE NO.:  3:24-CR-00329-CRB

**[PROPOSED] ORDER GRANTING
DEFENDANT DAVID BRODY'S EX
PARTE MOTION FOR ACCESS TO
SEALED FILINGS**

1

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant David Brody's ex parte motion (ECF No. 577) for his current counsel to access everything filed under seal by Dr. Brody's previous attorneys is hereby GRANTED. The under seal documents shall be provided to John J. Dowling electronically at john@dowlingdefensegroup.com .

**IT IS SO ORDERED.**

Dated: ___January 30, 2026___

_____
HON. CHARLES R. BREYER
Senior United States District Judge