UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  3:24-CR-00329-CRB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT DAVID BRODY'S MOTION FOR LEAVE TO FILE AN OVERSIZED POST-TRIAL BRIEF** |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

1

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant David Brody's motion (ECF No. 580) for leave to file an oversized post-trial brief is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  February 4, 2026

_____
HON. CHARLES R. BREYER
Senior United States District Judge

3:24-CR-00329-CRB