UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  3:24-CR-00329-CRB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID BRODY |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

1

3:24-CR-00329-CRB

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the motion of Valery Nechay to withdraw as counsel for Defendant David Brody is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  February 13, 2026

_____
HON. CHARLES R. BREYER
Senior United States District Judge

3:24-CR-00329-CRB