CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

RAVI T. NARAYAN (CABN 331858)
Acting Chief, Criminal Division

LORINDA I. LARYEA (DCBN 99769)
Chief, Fraud Section

JACOB FOSTER (CABN 250785)
Acting Deputy Chief
EMILY GURSKIS (VABN 85973)
Assistant Chief
ARUN BODAPATI (NYBN 5581137)
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 24-00329 CRB |
| Plaintiff, | ADDENDUM TO REVISED STIPULATION AND PROTECTIVE ORDER [PROPOSED] |
| v. | |
| RUTHIA HE and DAVID BRODY, | |
| Defendants. | |

With the agreement of the undersigned parties, the Court enters the following Addendum to the Protective Order entered on July 15, 2025:

Defendant Ruthia He was convicted of violations of 21 U.S.C. § 846, 21 U.S.C. § 841, 18 U.S.C. § 1349, and 18 U.S.C. § 1512(k). (ECF 530). Pursuant to Defendant's discovery request, the United

STIPULATED ADDENDUM TO PROTECTIVE ORDER [PROPOSED]
CR 24-00329 CRB

1

States produced documents and other materials pertaining to the defendants and the charged offenses to defense counsel.  The discovery provided included sensitive information, including documents or other materials falling into one or more of the following categories:

1. Personal Identifying Information of any individual (other than his or her name), including any person's date of birth, social security number, residence address, telephone numbers, email addresses, driver's license number, names of persons who are minors, or criminal histories ("Personal Identifying Information");

2. Financial Identifying Information of any individual or business, including bank account numbers, credit or debit card numbers, account passwords, and taxpayer identification numbers ("Financial Identifying Information"); and

3. Medical records or other patient information of any individual covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) ("Medical Information").

The information described above was found throughout the discovery in this case and it would have been unduly burdensome for the government to attempt to segregate this information from the remaining portions of the discovery that do not contain such information.  This discovery included, among other records, thousands of pages of records from a variety of sources, which will contain the types of information described above.  It would be contrary to the interests of justice to indiscriminately disclose such information to the general public.  Moreover, it would have been unduly burdensome for the government to attempt to redact as necessary the sensitive information found throughout the discovery.

Accordingly, the Court entered a Protective Order to protect the confidentiality of any sensitive information that was contained in the discovery.  (ECF No. 309).

The Court has ordered this case related to *United States v. Done Global, Inc. and Mindful Mental Wellness P.A.* (the "related case") on December 31, 2025.  (ECF No. 565).  The parties agree that Defendant He may share discovery produced in the instant case with the defendants in the related case. The July 15, 2025 Protective Order otherwise remains in effect.

//

This stipulated addendum is without prejudice to either party applying to the Court to modify the

STIPULATED ADDENDUM TO PROTECTIVE ORDER [PROPOSED]    2
CR 24-00329 CRB

terms of any protective order.  This Court shall retain jurisdiction to modify the Protective Order and this Addendum upon motion of either party even after the conclusion of district court proceedings in this case.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

LORINDA I. LARYEA
Chief, Fraud Section
U.S. Department of Justice

Dated: March 9, 2026

_____/s/_____
JACOB FOSTER
Acting Deputy Chief
EMILY GURSKIS
Assistant Chief
ARUN BODAPATI
Trial Attorney
KRISTINA GREEN
Assistant United States Attorney

_____/s/_____
KOREN BELL
MICHAEL SCHACHTER
Counsel for Defendant RUTHIA HE

Accordingly, **IT IS HEREBY ORDERED** that, notwithstanding any protective order entered in this case, Defendant He may share discovery produced in the instant case with the defendants in the related case.

_____
HON. CHARLES R. BREYER
United States District Judge

Dated:  March 10, 2026

STIPULATED ADDENDUM TO PROTECTIVE ORDER [PROPOSED]
CR 24-00329 CRB

3