CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LORINDA I. LARYEA (DCBN 99769)
Chief, Fraud Section

JACOB FOSTER (CABN 250785)
Acting Chief, Health Care Fraud Unit
EMILY GURSKIS (VABN 85973)
Assistant Chief, Fraud Section
ARUN BODAPATI (NYBN 5581137)
Trial Attorney, Fraud Section

    1400 New York Ave NW
    Washington, D.C. 20005
    Telephone: (202) 514-2000
    FAX: (202) 514-3708
    Jacob.Foster@usdoj.gov
    Emily.Gurskis@usdoj.gov
    Arun.Bodapati@usdoj.gov

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-00329 CRB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: SENTENCING BRIEFING** |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | Hearing Date: April 28, 2026 |
| Defendants. | |

JOINT STIPULATION RE: SENTENCING BRIEFING
24-CR-00329 CRB           1

The parties, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

On January 14, 2026, the Court granted the parties' stipulated sentencing briefing schedule, including by entering a deadline of April 9, 2026 for responses to sentencing memoranda and setting the sentencing hearing for April 15, 2026.  ECF No. 574.

On March 31, 2026, the Court granted Defendant David Brody's motion to continue sentencing, entering a deadline of April 8, 2026 for Defendant Brody's sentencing submission and resetting the sentencing hearing for both Defendant Brody and Defendant Ruthia He to April 28, 2026.  ECF No. 602.

In light of the foregoing, the parties respectfully request that the Court continue the April 9, 2026 deadline for sentencing responses to April 16, 2026.

DATED: April 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


LORINDA I. LARYEA
Chief, Fraud Section


*/s/*
JACOB FOSTER
Acting Chief, Health Care Fraud Unit
EMILY GURSKIS
Assistant Chief
ARUN BODAPATI
Trial Attorney
Fraud Section, U.S. Department of Justice


KRISTINA GREEN
Assistant United States Attorney


*/s/*
Koren Bell
Michael S. Schachter
Steven J. Ballew

*Attorneys for Defendant Ruthia He*

THE CHAPMAN FIRM

*/s/*
Ronald W. Chapman, II, LL.M.

DOWLING DEFENSE GROUP

*/s/*
John J. Dowling III.

*Attorneys for Defendant David Brody*

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the April 9, 2026 deadline for responses to sentencing memoranda is continued to April 16, 2026:

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE