Roberto Escobar, CABN 217352
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
(818)281-0541
bobby@elaw.business

Attorney for Defendant, David Brody, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00329-CRB |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| RUTHIA HE, a/k/a RUJIA HE, and | |
| DAVID BRODY, | Sentencing Date: April 28, 2026 |
| Defendants. | Time: 2:00pm<br>Courtroom: 6, 17th Floor<br>Hon. Charles R. Breyer |

The Court, having considered Defendant David Brody's Motion for Leave to File a Supplemental Response to the Government's Sentencing Memorandum, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.  Defendant's Motion is GRANTED.

2.  The Supplemental Response lodged with the Motion shall be deemed FILED as of the date of this Order.

3.  The Government may file a response to the Supplemental Response on or before April 28, 2026, or at such time as the Court may otherwise permit.

    IT IS SO ORDERED.

- 1 -

Dated: ___April 24, 2026_____



THE HONORABLE, Breyer

Unit

Judge Charles R. Breyer

IT IS SO ORDERED