**WILLKIE FARR & GALLAGHER LLP**
Koren Bell (SBN 268614)
  kbell@willkie.com
2029 Century Park East
Los Angeles, CA 90067
T: 310-855-3016
F: 310-855-3099

Michael S. Schachter (*Pro Hac Vice*)
Steven J. Ballew (*Pro Hac Vice*)
  mschachter@willkie.com
  sballew@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
T: 212-728-8102
F: 212-728-9102

Attorneys for Defendant
RUTHIA HE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329-CRB |
| Plaintiff, | **MOTION OF STEVEN J. BALLEW TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE AND [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

MOTION OF STEVEN J. BALLEW TO WITHDRAW AS COUNSEL FOR DEFENDANT
RUTHIA HE AND [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
Case No. 3:24-cr-00329-CRB

## NOTICE OF MOTION

Pursuant to Criminal Local Rule 44-2, Steven J. Ballew hereby moves for an Order granting him permission to withdraw as counsel for Defendant Ruthia He.

MOTION OF STEVEN J. BALLEW TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE AND [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned attorney, Steven J. Ballew, respectfully moves under Local Criminal Rule 44-2(b), for permission to withdraw as counsel.  Mr. Ballew is departing the law firm, Willkie Farr & Gallagher LLP effective May 1, 2026.  Mr. Ballew therefore seeks leave to withdraw from this case. Willkie Farr & Gallagher will continue to represent Ms. He in this matter.

Ms. He has been advised of this request and consents to the withdrawal.

Respectfully submitted,

Dated:  April 30, 2026

By:  */s/ Steven J. Ballew*

Steven J. Ballew

2