UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF STEVEN J. BALLEW TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE** |
| v. | |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the motion of attorney Steven J. Ballew to withdraw as counsel for Defendant Ruthia He is GRANTED.


**IT IS ORDERED.**



Dated:  _____          _____
                                             HON. CHARLES R. BREYER
                                             Senior United States District Judge

[PROPOSED] ORDER GRANTING MOTION OF STEVEN J. BALLEW
TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE