UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,<br><br>Defendants. | CASE NO. 3:24-cr-00329-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION OF STEVEN J. BALLEW TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE** |

[~~PROPOSED~~] **ORDER**

IT IS HEREBY ORDERED that the motion of attorney Steven J. Ballew to withdraw as counsel for Defendant Ruthia He is GRANTED.

**IT IS ORDERED.**

Dated:    April 30, 2026

_____
HON. CHARLES R. BREYER
Senior United States District Judge

1

[~~PROPOSED~~] ORDER GRANTING MOTION OF STEVEN J. BALLEW
TO WITHDRAW AS COUNSEL FOR DEFENDANT RUTHIA HE