CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

LORINDA I. LARYEA (DCBN 99769)
Chief, Fraud Section

JACOB FOSTER (CABN 250785)
Acting Chief, Health Care Fraud Unit
EMILY GURSKIS (VABN 85973)
Assistant Chief, Fraud Section
ARUN BODAPATI (NYBN 5581137)
Trial Attorney, Fraud Section

    1400 New York Ave NW
    Washington, D.C. 20005
    Telephone: (202) 514-2000
    FAX: (202) 514-3708
    Jacob.Foster@usdoj.gov
    Emily.Gurskis@usdoj.gov
    Arun.Bodapati@usdoj.gov

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-00329 CRB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: SUPPLEMENTAL SENTENCING BRIEFING** |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | |
| Defendants. | Hearing Date: July 7, 2026 |

JOINT STIPULATION RE: SUPP. SENTENCING BRIEFING
24-CR-00329 CRB            1

The parties, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

On January 14, 2026, the Court granted the parties' stipulated sentencing briefing schedule, including by entering deadlines of March 30, 2026 for sentencing memoranda and April 9, 2026 for responses in anticipation of an April 15, 2026 sentencing date. ECF No. 574.

On March 31, 2026, the Court granted Defendant David Brody's motion to continue sentencing and reset the sentencing hearing for both Defendant Brody and Defendant Ruthia He to April 28, 2026. ECF No. 602.

On April 2, 2026, the Court granted the parties' stipulation to an April 16, 2026 deadline for responses to sentencing memoranda. ECF No. 604.

During the April 28, 2026 hearing, the Court reset sentencing for June 16, 2026 and indicated it would give the parties the option of submitting supplemental briefing on the issues addressed during the April 28, 2026 hearing. 4/28/26 Tr. at 51:23–52:2; 56:4–21.

On April 29, 2026, the Court reset sentencing for July 7, 2026 to accommodate the parties' schedules. ECF No. 629.

In light of the foregoing, the parties respectfully request that the Court set June 23, 2026, two weeks prior to the July 7, 2026 sentencing hearing, as the deadline for supplemental briefing.

DATED: June 9, 2026                                 Respectfully submitted,

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney


                                                    LORINDA I. LARYEA
                                                    Chief, Fraud Section


                                                    /s/
                                                    JACOB FOSTER
                                                    Acting Chief, Health Care Fraud Unit
                                                    EMILY GURSKIS
                                                    Assistant Chief
                                                    ARUN BODAPATI
                                                    Trial Attorney
                                                    Fraud Section, U.S. Department of Justice

KRISTINA GREEN
Assistant United States Attorney


/s/
KOREN BELL
JOHN CLINE

*Attorneys for Defendant Ruthia He*

/s/
ROBERTO ESCOBAR

*Attorney for Defendant David Brody*

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadline for supplemental sentencing briefing is June 23, 2026.

IT IS SO ORDERED.


Dated: June 9, 2026

_____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE: SUPP. SENTENCING BRIEFING
24-CR-00329 CRB                                    4