CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-234
david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE,<br><br>Defendant. | No. 24-CR-00329 CRB<br><br>**[PROPOSED] ORDER TO RETURN PROPERTY TO JURISDICTION / REPATRIATE PROPERTY** |

The United States of America ("United States" or "the government") has applied, pursuant to 21 U.S.C. § 853(e)(4) and (p)(3), for an order directing defendant Ruthia He to return and repatriate all funds up to $8,194,828.81 which placed beyond the jurisdiction of the court. Upon consideration of the government's Application to Return Property to Jurisdiction / repatriation of Property the Court hereby FINDS:

1. On November 18, 2025, the jury returned a verdict, finding defendant He guilty on (a) one count of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846; (b) four counts of Distribution of Controlled Substances and Aiding and Abetting, in violation of 21 U.S.C. § 841(a) and (b)(1)(C) and 18 U.S.C. § 2; (c) one count of Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349; and (d) one count of Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k).

2. On July 9, 2026, the Court issued an Order for a forfeiture money judgment in the amount of $91,311,290 and forfeiture of all of defendant Ruthia He's shares in Done Global, Inc.

3. Between September 2024 and December 2025, Defendant Ruthia He, through her companies and employees, sent $8,194,828.81 to six companies located in Macau, China, and Hong Kong: Lucky8 Limited, Easy Click Limited, Purism, AO Yun International Company Limited, and Lpower Global Co., Limited.

4. Pursuant to 21 U.S.C. § 853(g), upon entry of an order of forfeiture the Court "may, in addition to any other action authorized by this subsection, order the defendant to return the property to the jurisdiction of the court so that the property may be seized and forfeited."

5. Pursuant to 21 U.S.C. § 853(p), "the court may, in addition to any other action authorized by this subsection, order the defendant to return the property to the jurisdiction of the court so that the property may be seized and forfeited."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's Motion to Repatriate Funds is GRANTED;

IT IS FURTHER ORDERED that within sixty (60) days defendant Ruthia He will repatriate the $8,194,828.81 that she sent overseas and will deposit those funds with the United States Marshals Service.

IT IS SO ORDERED

DATED: August 14, 2026

HON. CHARLES R. BREYER
United States District Judge