United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY,
Defendants.

Case No. 24-cr-00329

**ORDER DENYING MOTION TO CONTINUE SELF-SURRENDER DATE**

Defendant Brody moves to continue his voluntary self-surrender date from September 8, 2026 to January 13, 2027 or, in the alternative, December 7, 2026. Mot. (dkt. 686). He seeks a delay to complete a prescribed biofeedback course ahead of a surgery scheduled for January 27, 2027. Id. at 5. The Government opposes a continuance. Opp'n (dkt. 714). Having reviewed the briefing and attached materials, the Court **DENIES** the motion.[1]

"If the circumstances warrant, a district court may delay the imposition of sentence or extend the time to surrender" to the Bureau of Prisons ("BOP"). United States v. Fower, 30 F.4th 823, 827 (9th Cir. 2022). Here, the circumstances do not warrant an extension of time. The Court is cognizant of Dr. Brody's chronic health issues. But as the Government points out, the BOP has competent medical professionals who can provide even complex medical care for inmates. See Opp'n at 4. Indeed, Dr. Brody admits that the BOP provides medical care and accounts for health conditions when designating

---

[1] The parties agree that this motion should be resolved without oral argument—and the Court agrees under Civil Local Rule 7-1(b) and Criminal Local Rule 2-1. See Mot. at 2; Opp'n at 2.

facilities. Reply (dkt. 718). That Dr. Brody's actual surgery is scheduled for after his requested self-surrender date further assuages the Court's concerns regarding the existing self-surrender date's impact on Dr. Brody's health.

**IT IS SO ORDERED.**

Dated: August 25, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California