United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

RUTHIA HE, A/K/A RUJIA HE, and, DAVID BRODY,

Defendant.

Case No. 24-cr-00329

**ORDER APPOINTING SPECIAL MONITOR**

Based on the discussion with the parties on August 26, 2026, the Court appoints Patrick Robbins, Esq., as a special monitor to oversee the accounts subject to the Court's preliminary forfeiture order. Mr. Robbins will be compensated from the seized funds. Mr. Robbins is directed to meet with the parties to discuss the scope of his duties. The parties must provide Mr. Robbins with copies of all relevant pleadings and documents. After meeting with the parties, Mr. Robbins must submit to the Court his views as to the scope of his assignment. The parties may provide responsive briefing within 4 days of Mr. Robbins' submission. After the submission, the Court will schedule a hearing to finalize Mr. Robbins' role.

**IT IS SO ORDERED.**

Dated: August 27, 2026

CHARLES R. BREYER
United States District Judge