UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUTHIA HE, A/K/A RUJIA HE,<br>Defendant. | Case No. CR 24-329 CRB<br>**[AMENDED ~~PROPOSED]~~ ORDER OF FORFEITURE** |

Having considered the application to amend the order of forfeiture filed by the United States, and good cause appearing,

The United States has now established, by a preponderance of the evidence, that the funds contained in the accounts described below (the "Subject Accounts") all administrative fees and royalties owed by the Subject Entities are the defendant's property and, as a result, all property up to $91,311,290 can be forfeited as substitute assets and applied against the $91,311,290 money judgment.

//

//

//

//

| Subject Entity Name | State of Incorporation | Incorporator | Record Owner |
|---|---|---|---|
| Done Global Inc. | Delaware | Arthuro Flores | Ruthia He |
| Done Health P.C. | California | David Brody | David Brody |
| Mindful Mental Wellness P.A. | Florida | Michael Feldman | Christopher Maxwell |
| Done Medical CA, P.C. | California | Xena Zhao | Christopher Maxwell |
| Mindful Mental Wellness, P.A. | Kansas | Risheet Patel | Christopher Maxwell |
| Done Medical NJ P.C. | New Jersey | Xena Zhao | Lynn Buchanan |
| Cloud Health and Wellness PC | California | Xena Zhao | Lynn Buchanan |

| Institution | Account Name | Account Number | Customer ID |
|---|---|---|---|
| Thread Bank | Mindful Mental Wellness, P.A. | ********5915 | 2899986 |
| Thread Bank | Mindful Mental Wellness, P.A. | x8673* | 2853862 |
| Thread Bank | Mindful Mental Wellness, P.C. | ********9175 | 2858670 |
| Thread Bank | Cloud Health and Wellness, P.C. | ********6738 | 2730667 |
| Thread Bank | Cloud Health and Wellness, P.C. | ********3451 | 2730667 |
| Thread Bank | Mindful Mental Wellness, P.A. | ********5916 | 2899986 |
| Thread Bank | Mindful Mental Wellness, P.C. | ********9176 | 2858670 |
| Thread Bank | Cloud Health and Wellness, P.C. | ********6739 | 2730667 |
| Thread Bank | Mindful Mental Wellness, P.A. | Not provided | 3177739 |
| Stripe, Inc. | Cloud Health and Wellness | ************AiX4 | N/A |
| Stripe, Inc. | Mindful Mental Wellness | ************aAuF | N/A |
| Stripe, Inc. | Done Medical CA P.C. | ************M6NS | N/A |
| Stripe, Inc. | Mindful Mental Wellness | ************3FiX | N/A |
| Stripe, Inc. | Mindful Mental Wellness | ************LmDt | N/A |
| Stripe Inc. | Mindful Sunshine Wellness, P.A. | ************nqaF | N/A |

The United States has also established that, as the result of actions by the defendant, proceeds of the crime (1) cannot be located upon the exercise of due diligence; (2) have been transferred or sold to, or deposited with, a third party; (3) have been placed beyond the jurisdiction of the court; and (4) have been commingled with other property which cannot be divided without difficulty. The Court also finds that the United States has exercised due diligence in searching for the proceeds of crime.

Accordingly, for the reasons given in the Government's Motion to Amend the Preliminary Order of Forfeiture, and pursuant to Rule 32.2(e) and 21 U.S.C. § 853(p),

IT IS HEREBY ORDERED that the following forfeiture money judgment is ordered and issued, pursuant to 21 U.S.C. § 853(a), 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c), and

procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

a. A forfeiture Money Judgment in the amount of $91,311,290;

b. Forfeiture of funds up to $91,311,290 restrained in the Subject Accounts; and

c. Forfeiture of all administrative fees, royalties, and interest accrued thereon (past, present, and future, "Fees") owed by the Subject Entities to Done Global and Ruthia He up to $91,311,290, including all rights to demand and collect such Fees.

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith, pursuant to Title 21, United States Code, Section 853(g);

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate, or dispose of property subject to satisfaction of this forfeiture money judgment in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this 31st day of August 2026.

HON. CHARLES R. BREYER
United States District Judge