UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID BRODY and RUTHIA HE,<br>Defendant(s). | Case No.: 3:24-cr-00329-CRB<br><br>**~~[PROPOSED]~~ ORDER RELEASING FUNDS FOR PAYMENT OF SPECIFIC EXPENSES** |

1. On July 30, 2026 and August 13, 2026, the government submitted *ex parte*, under seal applications to restrain specific financial and bank accounts in order to preserve those accounts as substitute property for use in satisfying the Order for forfeiture in this case (collectively, the "Subject Accounts"). The Court granted the government's *ex parte* applications and entered a Restraining Order on July 30, 2026 (Dkt. 679; Dkt. 702) and another Restraining Order on August 13, 2026 (Dkt 690; Dkt. 704) (collectively, the "Restraining Orders").

2. The Subject Accounts that are affected by the Restraining Orders and the Financial Institutions and Account Holders for the Subject Accounts are listed below.

| Institution | Account Holder | Account Number | Customer ID |
|---|---|---|---|
| Thread Bank | Mindful Mental Wellness, P.A. | ********5915 | 2899986 |
| Thread Bank | Mindful Mental Wellness, P.A. | x8673* | 2853862 |
| Thread Bank | Mindful Mental Wellness, P.C. | *********9175 | 2858670 |
| Thread Bank | Cloud Health and Wellness, P.C. | *********6738 | 2730667 |
| Thread Bank | Cloud Health and Wellness, P.C. | *********3451 | 2730667 |
| Thread Bank | Mindful Mental Wellness, P.A. | *********5916 | 2899986 |
| Thread Bank | Mindful Mental Wellness, P.C. | *********9176 | 2858670 |
| Thread Bank | Cloud Health and Wellness, P.C. | *********6739 | 2730667 |
| Thread Bank | Mindful Mental Wellness, P.A. | Not provided | 3177739 |
| Stripe, Inc. | Cloud Health and Wellness | *************AiX4 | N/A |
| Stripe, Inc. | Mindful Mental Wellness | *************aAuF | N/A |
| Stripe, Inc. | Done Medical CA P.C. | *************M6NS | N/A |
| Stripe, Inc. | Mindful Mental Wellness | *************3FiX | N/A |
| Stripe, Inc. | Mindful Mental Wellness | *************LmDt | N/A |
| Stripe, Inc. | Mindful Sunshine Wellness, P.A. | *************nqaF | N/A |

3. On August 27, 2026, the Court appointed Patrick Robbins, Esq., as a special monitor to oversee the accounts subject to the Court's preliminary forfeiture order. Dkt. 729. Mr. Robbins has met and conferred with the government and Third Parties Mindful Mental Wellness P.A. and Done Global, Inc. regarding the scope of his assignment and the process for his review and approval of expenses out of the Subject Accounts, among other things.

4. In the interim, the Third Parties have submitted to Mr. Robbins requests for authorization to pay the below-listed past due vender expenses from funds in the Subject Accounts ("August 2026 Vendor Expenses"). The Third Parties have provided to Mr. Robbins and the government documents supporting that the August 2026 Vendor Expenses are ordinary, necessary, and legitimate business expenses. The government has stated that it does not object to the payment of the August 2026 Vendor Expenses. Mr. Robbins has approved those payments.

PURSUANT TO 21 U.S.C. § 853(g), AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Stripe, Inc. and Thread Bank are to process the following transactions to pay the listed payees in the amounts designated below:

| Invoice Date | Vendor / Payee | Invoice Number | Amount Due | Payment Source | Account Number |
|---|---|---|---|---|---|
| 7/15/2026 | Innovative Discovery LLC d/b/a Innovative Driven<br><br>PO Box 780154<br>Philadelphia, PA 19178-0154 | 313825 | $59638.50 | Stripe, Inc. | ************M6NS |
| 7/20/2026 | FIRST Insurance Funding<br><br>PO Box 7000<br>Carol Stream, IL 60197-7000 | XXX - 106711930 (August) | $9023.22 | Thread Bank | ********5915 |
| 7/31/2026 | Google LLC<br><br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | 5639720621 | $13355.32 | Thread Bank | ********8673 |
| 7/31/2026 | Google Voice Inc.<br><br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | 5657575102 | $686.63 | Thread Bank | ********5915 |

| Invoice Date | Vendor / Payee | Invoice Number | Amount Due | Payment Source | Account Number |
|---|---|---|---|---|---|
| 7/31/2026 | Checkr, Inc.<br><br>1 Montgomery St., Suite 2400<br>San Francisco, CA 94104 | #2567742 | $37.99 | Thread Bank | ********5915 |
| 7/31/2026 | Equifax Information Svcs LLC<br><br>PO Box 71221<br>Charlotte, NC 28272-1221 | 2075676670 | $3532.00 | Thread Bank | ********5915 |
| 8/1/2026 | Lever Inc.<br><br>PO Box 208262<br>Dallas, TX 75320-8262 | INV82556 | $514.80 | Thread Bank | ********5915 |
| 8/1/2026 | myStartUpCFO, LLC<br><br>4512 Legacy Dr., #100<br>Plano, TX 75024 | 64522 | $5500.00 | Stripe, Inc. | *************M6NS |
| 8/2/2026 | Asana, Inc.<br><br>633 Folsom St.<br>San Francisco, CA 94107 | INV05542967 | $1214.10 | Thread Bank | ********5915 |
| 8/13/2026 | Networking Technology, Inc d/b/a RXNT<br><br>5540 Centerview Dr., Suite 204<br>PMB59595<br>Raleigh, NC 27606-8012 | A82429A1-0099 | $14130.14 | Thread Bank | ********5915 |
| 8/17/2026 | Zoom Communications, Inc.<br><br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113 | INV366430898 | $3545.89 | Thread Bank | ********5915 |

Dated: September _8_, 2026

Hon. Charles R. Breyer
United States District Judge